Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Rider Hotel, LLC

2. **All other names debtor used in the last 8 years**  Rider Hotel, LLC, a Wisconsin limited liability company

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  2 0 – 8 3 1 2 4 2 6

4. **Debtor's address**

   **Principal place of business**

   500 West Florida Street
   Number    Street

   Milwaukee, WI 53204
   City        State   ZIP Code

   Milwaukee County, Wisconsin
   County

   **Mailing address, if different from principal place of business**

   W6609 Pine Hill Trail
   Number    Street

   P.O. Box 71
   P.O. Box

   Cascade, WI 53011
   City        State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City        State   ZIP Code

5. **Debtor's website** (URL)  _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Rider Hotel, LLC**
        Name                                              Case number (if known) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **7 2 1 1**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When ___/___/_____ Case number _____
                                         MM / DD / YYYY
              District _____ When ___/___/_____ Case number _____
                                         MM / DD / YYYY

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor    Rider Hotel, LLC    Case number (if known) _____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
      District _____ When ___/___/_____
      Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
                              _____
                              City                        State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
    ☑ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

| Debtor | Rider Hotel, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/09/2022
              MM / DD / YYYY

X _____  Timothy J. Dixon
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X  *Mark Minuti*   Date  06/09/2022
Signature of attorney for debtor          MM / DD / YYYY

Mark Minuti
Printed name
Saul Ewing Arnstein & Lehr LLP
Firm name
1201 N. Market Street, Suite 2300
Number  Street
Wilmington                           DE       19801
City                                 State    ZIP Code

302-421-6800                         mark.minuti@saul.com
Contact phone                        Email address

2659                                 DE
Bar number                           State

# WRITTEN CONSENT OF RIDER HOTEL, LLC
Dated June, 9, 2022

The undersigned, Rider Hotel Mezzanine, LLC, a Wisconsin limited liability company, being the sole member of Rider Hotel, LLC, a Delaware limited liability company (the "Company"), in its capacity as the sole member of the Company, does hereby consent in writing to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "Chapter 11 Case") in a court of proper jurisdiction; and

**RESOLVED FURTHER**, that Timothy J. Dixon (the "Authorized Agent") be and hereby is, authorized and directed, in the name of and on behalf of the Company, appointed as the Company's authorized representative, and in such capacity, with power of delegation, be and hereby is, authorized and empowered to execute and file on behalf of the Company or authorize the execution of, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that he deems necessary, proper and desirable to obtain such relief in the Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**RESOLVED FURTHER**, that such Authorized Agent is authorized and directed to employ the law firm of Carlson Dash LLC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Agent, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application to retain the services of Carlson Dash LLC.

**RESOLVED FURTHER**, that such Authorized Agent is authorized and directed to employ the law firm of Saul Ewing Arnstein & Lehr LLP as local Delaware bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Agent, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application to retain the services of Saul Ewing Arnstein & Lehr LLP.

**RESOLVED FURTHER**, that such Authorized Agent is authorized and directed to employ the financial advisory firm of B. Riley Financial, Inc. as financial advisor to represent

and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including the preparation and analysis of the Company's financials; and in connection therewith, the Authorized Agent, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application to retain the services of B. Riley Financial, Inc.

**RESOLVED FURTHER,** that the Authorized Agent is authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Agent, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER,** that the Authorized Agent is authorized and directed to, with power of delegation, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Agent deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**RESOLVED FURTHER,** that, in connection with the commencement of the Chapter 11 Case, the Authorized Agent is authorized and directed to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order"), and the Authorized Agent is authorized, empowered and directed to negotiate, execute and deliver any and all agreements, instruments or documents by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Chapter 11 Case, which agreement may require the Company to grant liens to the Company's existing lender and each other agreement, instrument or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as the Authorized Agent approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval.

**RESOLVED FURTHER,** that in addition to the specific authorizations heretofore conferred upon the Authorized Agent, the Authorized Agent, and his designees and delegates, be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents to pay all expenses, including but not limited to filing fees, in each case as in such officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

40141211.2

**RESOLVED FURTHER,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects approved and ratified as the true acts and deeds of the Company, with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by the Company and its member.

**IN WITNESS WHEREOF,** the undersigned has duly executed this Written Consent as of the date first written above.

**RIDER HOTEL MEZZANINE, LLC,**
a Wisconsin limited liability company

By: _____
Name: Timothy J. Dixon
Title: Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rider Hotel, LLC |
| United States Bankruptcy Court for the | District of Delaware |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Florida Lofts, LLC<br>122 W Washington Ave., Suite 350<br>Madison WI 53703 | C.J. Krawczyk - cjk@kravitlaw.com<br>Stuart J. Check - sjc@kravitlaw.com<br>414-271-7100 | Contract Claim | Contingent,<br>Unliquidated,<br>Disputed | | | unknown |
| 2 | U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Road<br>Fort Worth TX 76155 | 833-853-5638 | EIDL Loan | Contingent,<br>Disputed | | | $2,000,000.00 |
| 3 | Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta GA 30363 | info@agg.com<br>404-873-8500 | Professional Services | Contingent,<br>Unliquidated,<br>Disputed | | | $234,347.34 |
| 4 | ABM Parking Services<br>PO Box 74008829<br>Chicago IL 60674 | 414-289-7749 | Contract | Contingent,<br>Unliquidated,<br>Disputed | | | $262,594.12 |
| 5 | Cade Law Group LLC<br>PO Box 170887<br>Milwaukee WI 53217 | Nathaniel Cade Jr.<br>nate@cade-law.com<br>414-225-3802 | Professional Services | Contingent,<br>Unliquidated,<br>Disputed | | | $56,000.00 |
| 6 | Wegner CPAs LLP<br>PO Box 150<br>Baraboo WI 53913 | info@wegnercpas.com<br>608-356-3966 | Professional Services | | | | $46,368.83 |
| 7 | Clark Hill PLC<br>PO Box 3760<br>Pittsburgh PA 15230 | 312-985-5900 | Professional Services | Contingent,<br>Unliquidated,<br>Disputed | | | $38,887.15 |
| 8 | Dornbrook Construction Inc<br>N91 W20980 Hillview Drive<br>Menomonee Falls WI 53051 | Lawrence Brinkman<br>brinkman.lawrence@gmail.com<br>414-333-0642 | Services | Contingent,<br>Unliquidated,<br>Disputed | | | $38,560.00 |

| | Debtor | Rider Hotel, LLC | | Case number (if known) | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | FE Equus LLC<br>W6609 Pine Hill Trail<br>Cascade WI 53011 | Timothy J. Dixon<br>tim@feequus.com | Services | | | | $33,374.80 |
| 10 | Employers Assurance Company<br>10375 Professional Circle<br>Reno NV 89521 | customersupport@employers.com<br>888-682-6671 | Contract | Contingent,<br>Unliquidated | | | $32,080.00 |
| 11 | Terry & Nudo LLC<br>4003 80th St<br>Kenosha WI 53142 | info@lawmidwest.com<br>262-842-2338 | Services | Contingent,<br>Unliquidated,<br>Disputed | | | $6,260.12 |
| 12 | Just Mechanical<br>16200 W Glendale Dr<br>New Berlin WI 53151 | gregjustmechanical@gmail.com<br>262-886-2365 | Services | Contingent,<br>Unliquidated | | | $6,260.12 |
| 13 | Badger Liquor Wine and Spirits<br>PO Box 1137<br>Fond Du Lac WI 54936 | shensel@badgerliquor.com<br>414-546-2060 | Supplies | Contingent,<br>Unliquidated | | | $5,271.45 |
| 14 | Sysco Eastern Wisconsin LLC<br>One Sysco Drive<br>Jackson WI 53037 | 262-677-1100 | Supplies | Contingent,<br>Unliquidated | | | $3,822.29 |
| 15 | Coakley Brothers Company<br>400 South Fifth Street<br>Milwaukee WI 53204 | arcbc@coakleybrothers.com<br>866-478-1645 | Goods | Contingent,<br>Unliquidated | | | $3,730.00 |
| 16 | JR's Fabrication & Welding<br>19167 W Main Street<br>Lannon WI 53046 | Warren Heir<br>chprs4life@hotmail.com<br>715-342-0300 | Services | Contingent,<br>Unliquidated | | | $3,692.50 |
| 17 | Guest Supply<br>PO Box 6771<br>Sommerset NJ 08875 | info@guestworldwide.com<br>732-868-2200 | Supplies | Contingent,<br>Unliquidated | | | $3,171.70 |
| 18 | Fortune Wisconsin LLC<br>PO Box 288<br>Windsor WI 53598 | tech@fortunefishco.net<br>608-846-1160 | Services | Contingent,<br>Unliquidated | | | $2,888.56 |
| 19 | Alan Di Leo<br>12418 Piazzo Street<br>Las Vegas NV 89141 | Alan Di Leo<br>adileo@theironhorsehotel.com | Services | | | | $2,651.86 |
| 20 | VMarchese Inc<br>600 S Jake Marchese Way<br>Milwaukee WI 53204 | info@vmarchese.com<br>414-289-0995 | Goods | Contingent,<br>Unliquidated | | | $2,528.19 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| **RIDER HOTEL, LLC,** | ) Case No. 22-___ ( ) <br> ) |
| Debtor. | ) <br> ) |

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Rider Hotel, LLC, the debtor in possession in the above-captioned case (the "Debtor"), hereby states as follows:

1. Rider Hotel Mezzanine, LLC, a Wisconsin limited liability company, is the sole member of the Debtor and owns 100% of the Debtor.

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Rider Hotel, LLC |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/9/2022
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Timothy J. Dixon
Printed name

President
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors