**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **RIDER HOTEL, LLC,**[1] | Case No. 22-10522 (JTD) |
| Debtor. | Hearing Date: July 13, 2022 at 2:00 p.m. (ET) |
| | Objection Deadline: July 1, 2022 at 4:00 p.m. (ET) |
| | Related to Docket Nos. 19, 20, 21, 22, 23, 34, 35, 36, 37 and 38 |

**OMNIBUS NOTICE OF ENTRY OF FIRST DAY**
**ORDERS AND FINAL HEARING THEREON**

**PLEASE TAKE NOTICE** that on June 14, 2022, the debtor and debtor-in-possession (the "**Debtor**"), in the above-captioned chapter 11 case (the "**Chapter 11 Case**") filed the following pleadings (collectively, the **First Day Pleadings**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"):

1. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor's Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 19; filed: 06/14/22];

2. Motion of the Debtor for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Account, and Business Forms and (II) Payment of Related Prepetition Obligations [Docket No. 20; filed: 06/14/22];

3. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and (II) Granting Related Relief [Docket No. 21; filed: 06/14/22];

4. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Prepetition Salary, Wages, Benefits and Other Compensation, and (B) Continue to Fund Compensation and Benefit Programs, and (II) Granting Related Relief [Docket No. 22; filed: 06/14/22]

---

[1] The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

[2] The Debtor also filed an application that was approved on a final basis at the hearing conducted on June 16, 2022 and is not listed herein. *See* Docket Nos. 18 and 33.

40173243.1 06/16/2022

      5.      Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to (I) Honor Gift Cards, (II) Honor and Hold Customer Deposits and (III) Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 23; filed: 06/14/22]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the above First Day Pleadings was held on June 16, 2022, after which the Court entered orders granting the relief requested in the First Day Pleadings on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the First Day Pleadings is scheduled for **JULY 13, 2022 at 2:00 p.m. (Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of orders approving the relief set forth in the First Day Pleadings on a final basis must be filed on or before **July 1, 2022 at 4:00 p.m.** (Eastern Time) (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. Copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the proposed undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE ABOVE MENTIONED FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: June 16, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| By: | */s/ Matthew P. Milana* |

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
Matthew P. Milana (DE Bar No. 6681)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com
matthew.milana@saul.com

-and-

Barry A. Chatz (admitted *pro hac vice*)
Michael L. Gesas (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
barry.chatz@saul.com
michael.gesas@saul.com

-and-

**CARLSON DASH, LLC**

Kurt M. Carlson (admitted *pro hac vice*)
Martin J. Wasserman (admitted *pro hac vice*)
C. Douglas Moran (admitted *pro hac vice*)
10411 Corporate Dr., Suite 100
Pleasant Prairie, WI 53158
Telephone: 262-857-1600
kcarlson@carlsondash.com
mwasserman@carlsondash.com
cdmoran@carlsondash.com

*Proposed Counsel for Rider Hotel, LLC*