**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **RIDER HOTEL, LLC,**[1] | **Case No. 22-10522 (JTD)** |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES
## OF DEBTOR RIDER HOTEL, LLC (CASE NO. 22-10522)

---

[1]   The last four digits of the Debtor's tax identification number are 2426.  The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **RIDER HOTEL, LLC,**[1] | ) Case No. 22-10522 (JTD) |
|  | ) |
| Debtor. | ) |
|  | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") filed by Rider Hotel, LLC (the "Debtor") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 *et seq.* (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's management, and are unaudited. While those members of management responsible for the preparation of the Schedules and Statement have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statement that may warrant amendment of the same. Moreover, because the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment, there can no assurance that these Schedules and Statement are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statement. In the event of any inconsistency between the Global Notes and the Schedules and Statement, the Global Notes shall control and govern.

The Schedules and Statement have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statement, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.     **Case**. On June 9, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business of May 31, 2022.

---

[1]     The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

2.      **Amendments**. The Debtor reserves its right to amend the Schedules and Statement in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

3.      **Estimates and Assumptions**. The preparation of the Schedules and Statement requires the Debtor to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

4.      **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown."  Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statement do not accurately reflect the aggregate amount of the Debtor's liabilities.

5.      **Pre-Petition vs. Post-Petition**. The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information from research and investigation conducted during the preparation of these Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.      **GAAP**. Given the difference between the information requested in the Schedules and Statement, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.      **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtor's property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtor's property interests are reflected in the applicable Schedule.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise indicated, all asset amounts are listed as of May 31, 2022. The Debtor's cash on hand is reflected as of the petition date.  The Debtor reserves it right to amend or adjust the value of each asset or liability as set forth herein.

8.      **Setoff or Recoupment Rights**. The Debtor has not included on Schedule D parties

2

that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Such counterparties have been listed on Schedule F.

9. **First-Day Orders**. Pursuant to various orders issued by the Court, the Debtor was authorized to pay certain outstanding pre-petition claims, including, without limitation, the following: (a) claims relating to its management companies related to employee compensation, benefits, reimbursable business expenses, and related administrative costs; and (b) claims of taxing authorities. To the extent claims have been paid, such claims have been marked as contingent.

10. **Co-Obligors**. No claim set forth on the Schedules and Statement of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party

11. **Causes of Action**. The Debtor reserves all of its causes of action. Neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this Chapter 11 Case, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

12. **Insiders**. In those circumstances where the Schedules and Statement require information regarding insiders and/or officers and directors, included therein are the Debtor's (a) officers and (b) its management companies' employees that are, or were during the relevant period, officers. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, management company employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

13. **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. The Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

14. **Fiscal Year**. The Debtor's fiscal year ends on December 31.

15. **Currency**. All amounts are reflected in U.S. dollars.

16. **Summary of Significant Reporting Policies and Practices**. The following conventions were adopted by the Debtor in preparation of the Schedules and Statement:

3

(a) <u>Fair Market Value; Book Value</u>.  Unless otherwise noted therein, the Schedules and Statement reflect the carrying value of the liabilities as listed in the Debtor's books and records.  Where the current market value of assets is unknown, the Debtor has based its valuation on book values net of depreciation.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statement as they have no net book value.  The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

(b) <u>Inventories</u>.  Inventories are valued in the Schedules and Statement at the values indicated on the Debtor's books and records as of May 31, 2022.

(c) <u>Leased Personal Property</u>.  In the ordinary course of its business, the Debtor leases various articles of personal property.  All such leases are set forth in the Schedules and Statement.  The property subject to the leases is not reflected in the Schedules and Statement as either owned property or assets of the Debtor or property or assets of third-parties within the control of the Debtor.  Nothing in the Schedules or Statement is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to all such issues.

(d) <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statement as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statement as to amount, liability, or status.

17.    **<u>Schedule D</u>**. Although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  The Debtor reserves all of its rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of a claimant or a waiver of the Debtor's rights to recharacterize or reclassify a claim

4

or contract. The amounts reflected in Schedule D are the Debtor's estimates as of June 9, 2022.

18.     **Schedule E/F.** The Debtor's analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary.  The books and records reflect that the Debtor has certain liabilities in respect of gift cards.  Although the liability is listed, the redemptions and exchanges of such gift cards are ongoing and the Debtor does not know the identities of the holders of such cards.  Therefore, the gift card holders are not listed on Schedule E/F.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim on Schedule E/F. Additionally,  due to the nature of the Debtor's hotel business, the Debtor continue to receive room deposits and reservations on a rolling basis. Additionally, since the Petition Date, new reservations have been received and prior room deposits have been applied at or about the time of customer stays. Determining the holder and contact information for each reservation would be unduly and burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim on Schedule E/F. The amounts reflected on Schedules E/F are as of the Petition Date.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtor.  Each potential claim associated with any such pending litigation is marked as contingent, unliquidated and disputed in the Schedules and Statement.  Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

19.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts.  The Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or directly liable.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other

5

miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several  parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider may appear multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Further, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis.  Such contracts may not be included on Schedule G.  The Debtor reserves all of its rights with respect to such agreements.  The Debtor also reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.  Further, the Debtor reserves all rights to later amend the Schedules and Statement to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  The Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if they are unexpired non-residential real property leases.  Any and all of the Debtor's rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20.  **Schedule H**.  The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or such discovered to have expired or be unenforceable.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statement, and neither is liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to

6

notify any third party should the information be updated, modified, revised or re- categorized.  In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not, and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

138548602.1
40280185.2 07/15/2022

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $28,000,000.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $1,348,007.62 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $29,348,007.62 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D            $17,653,608.22

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $564,586.46 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $1,088,700.98 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**            $19,306,895.66

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $13,078.47 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 | | | |
| CIBC Bank USA | Business Checking | 7549 | $1,073,747.83 |
| 3.2 | | | |
| Wells Fargo | Checking Account | 8862 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,086,826.30

## Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | $0.00 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Prepayment - Alan Di Leo License Food | $1,580.81 |
|---|---|---|
| 8.2 | Prepayment - Appriver | $5,462.80 |
| 8.3 | Prepayment - CVENT | $3,632.00 |
| 8.4 | Prepayment - Eagle Disposal | $1,695.70 |
| 8.5 | Prepayment - Hcareers | $806.84 |
| 8.6 | Prepayment - HUB Internatioinal - Umbrella policy | $7,631.64 |
| 8.7 | Prepayment - iVvy | $2,960.59 |
| 8.8 | Prepayment - Lockton Companies - Casualty/EPL | $5,132.00 |
| 8.9 | Prepayment - Milwaukee alarm | $1,159.92 |
| 8.10 | Prepayment - QBE - Auto/Commercial | $28,538.52 |
| 8.11 | Prepayment - Sceptre | $9,350.25 |
| 8.12 | Prepayment - Sonifi Solutions | $1,833.55 |
| 8.13 | Prepayment - SOSH | $5,320.00 |
| 8.14 | Prepayment - Travel Tripper | $6,515.90 |
| 8.15 | Prepayment - Visit Milwaukee | $1,254.15 |
| 8.16 | Prepayment - Workers Comp | $8,404.65 |
| 8.17 | Prepayment - Zac Johnson | $525.00 |

**9. Total of Part 2**
Add lines 7 through 8. Copy the total to line 81.

| | $91,804.32 |
|---|---|

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $71,542.00 | − | $0.00 | = ........ | ➔ | $71,542.00 |
|---|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |  |
| 11b. | Over 90 days old: |  | − |  | = ........ | ➔ | $0.00 |
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$71,542.00

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1

$0.00

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                          % of ownership:

15.1

$0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1

$0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| Mini Bar | 5/31/2022 | | | $43,944.00 |
| 21.2 | | | | |
| Food | 5/31/2022 | | | $10,000.00 |
| 21.3 | | | | |
| Liquor | 5/31/2022 | | | $30,338.00 |
| 21.4 | | | | |
| Beer | 5/31/2022 | | | $10,575.00 |
| 21.5 | | | | |
| Wine | 5/31/2022 | | | $2,978.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | |
| None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $97,835.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $19,567.00    Valuation method    Cost Basis    Current value    Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    Rider Hotel, LLC
   Name
     Case number *(if known)* 22-10522

Case 22-10522-JTD    Doc 106    Filed 07/15/22    Page 14 of 113

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**

28.1 _____ _____ _____ $0.00

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1 _____ _____ _____ $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1 _____ _____ _____ $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____ _____ _____ $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____ _____ _____ $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.      $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| Misc. Fixture and Fixtures | $174,936.99 | Cost Basis | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| See Schedules A/B 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| Computers | $1,784.38 | Cost Basis | Undetermined |
| 41.2 | | | |
| Encoder Motorized HT22M - Key System for Inhouse Guest Keys | $3,288.38 | Cost Basis | Undetermined |
| 41.3 | | | |
| Grove Networks Down Payment on Interface AAAQ5153 | $46,243.90 | Cost Basis | Undetermined |
| 41.4 | | | |
| Opera Hotel Property Management System Upgrade | $21,640.42 | Cost Basis | Undetermined |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | | | $0.00 |

**49. Aircraft and accessories**

| 49.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | | | |
|---|---|---|---|
| Boilers (2) | $117,109.16 | Cost Basis | Undetermined |

| 50.2 | | | |
|---|---|---|---|
| Landscaping | $732.91 | Cost Basis | Undetermined |

| 50.3 | | | |
|---|---|---|---|
| Misc. Machinery & Equipment | $1,512.68 | Cost Basis | Undetermined |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1**<br>Building - 500 W Florida St, Milwaukee, WI 53204 | Owned | $11,041,425.39 | Cost Basis | Undetermined |
| **55.2**<br>Building Interior Repair to Cover Fire Damages | | $172,413.29 | Cost Basis | Undetermined |
| **55.3**<br>Land - 500 W Florida St, Milwaukee, WI 53204 | Owned | $51,497.00 | Cost Basis | Undetermined |
| **55.4**<br>Land Improvements & Additions | | $2,887.99 | Cost Basis | Undetermined |
| **55.5**<br>Parking Lot Repairs - Land Improvements | | $271,304.15 | Cost Basis | Undetermined |
| **55.6**<br>Parking Lot Repair for Motorcycle Canopy | | $129,606.90 | Cost Basis | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$28,000,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 https://theironhorsehotel.com/ | Undetermined | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer List | Undetermined | N/A | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 Intangible Assets Related to Financing | $1,182,776.19 | Cost Basis | Undetermined |
| **65. Goodwill** | | | |
| 65.1 None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

Debtor    Rider Hotel, LLC
          Name

Case number *(if known)* 22-10522

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | = ➔ | $0.00 |
|---|---|---|---|---|
| | total face amount | – doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | $0.00 |
|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| None | $0.00 |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

RSS GSMS2015-GC28-WI RH, LLC                                                    $Undetermined.00
a Wisconsin Limited Liability Company
200 S. Biscayne Blvd., Suite 3550
Miami, FL 33131

Nature of Claim                    Lender Liability

Amount requested                   Unliquidated

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| None | $0.00 |
|---|---|

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| None | $0.00 |
|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| None | $0.00 |
|---|---|

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,086,826.30 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $91,804.32 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $71,542.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $97,835.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property.** Copy line 56, Part 9. | → | $28,000,000.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $1,348,007.62 | 91b. $28,000,000.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$29,348,007.62

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

RSS GSMS2015-GC28-WI RH, LLC
a Wisconsin Limited Liability Company
200 S. Biscayne Blvd., Suite 3550
Miami, FL 33131

**Describe debtor's property that is subject to the lien:**
Hotel

$17,653,608.22          $28,000,000.00

**Describe the lien**
Mortgage Payable of $17,653,608.22 and accrued and unpaid interest and other amounts

**Date debt was incurred?**
1/26/2015

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$17,653,608.22

Debtor    Rider Hotel, LLC
          Name

Case number *(if known)* 22-10522

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

2.1

Aaron Pringle
646 S. 2nd Street
Apt. 2
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $951.44
Priority amount: $951.44

2.2

Abbvie June 2022
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6120

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00
Priority amount: $300.00

Debtor    Rider Hotel, LLC
Name

Case number *(if known)* 22-10522

2.3

Abigail Schott
1809 E. Kenwood Blvd.
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$457.44          $457.44

2.4

Adam Buchanan
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5798

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$313.24          $313.24

2.5

Alexander Gordon
525 N 20th Street
Milwaukee, WI 53233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$564.84          $564.84

**2.6**

Alexandria Elandt
928 N 15th Street Apt 209
Milwaukee, WI 53233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$175.69                    $175.69

**2.7**

Alexis Carr
3012 N Cramer Street
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$925.59                    $925.59

**2.8**

Allison Shields
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9120

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,696.48                  $1,696.48

2.9

Allysa Deates
2957 N Frederick Ave
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$345.97                    $345.97

2.10

Alma Valadez
2464 S 6th St
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,094.04                  $1,094.04

2.11

Amanda Paquette
1709 Polaris Ave
Racine, WI 53404

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,571.68                  $1,571.68

2.12

American Orthodontics
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
476

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,000.00      $2,000.00

2.13

Ana Marine Mercedes
1955 S 10th St
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$828.32      $828.32

2.14

Anaisabel Jimenez
748 S 28th Street
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$716.53      $716.53

2.15

Andre Guard
3235 N 46th St
Milwaukee, WI 53216

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $472.92     $472.92
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.16

Andrea Stageman
1522 N 52nd St
Milwaukee, WI 53208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $1,375.38     $1,375.38
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.17

Andy Ross
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9118

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $2,414.44     $2,414.44
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.18

Aneli Hernandez
522 S 6th St
Apt 25
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $233.95          $233.95
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.19

Anna Folk
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9625

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $1,332.42          $1,332.42
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.20

Asuma & Kirt Wedding Block
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6724

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $250.00          $250.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.21

Avery Malicki-Czaplewski
1104 W Marshall St
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $748.67            $748.67
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.22

Baby B Shower
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5760

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $400.00            $400.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.23

Barbara Nowakowski
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9388

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $718.88            $718.88
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.24

Barbera Rehearsal Dinner
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
2622

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $500.00               $500.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.25

Bathey's Wedding Prep
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6314

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $250.00               $250.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.26

Becky's Bridal Bash
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
4276

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $500.00               $500.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.27

Blake Downing
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9689

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $322.48                    $322.48
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.28

Brian Recatto
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5799

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $304.00                    $304.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.29

Bruce Badke
712 A East Clark Street
Milwaukee, WI 53212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,228.56                    $1,228.56
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.30

Bryson Michina
2374 N. Humboldt Blvd
Milwaukee, WI 53212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,083.77                    $1,083.77
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.31

Caleigh Peed
1227 N Milwaukee St
Apt 31
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $735.70                    $735.70
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.32

Cassandra Rankin
1032 N 27th Street
Milwaukee, WI 53208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $656.55                    $656.55
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.33

Charles Franke
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9417

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$802.04                    $802.04

2.34

Charles Franke
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9416

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$949.88                    $949.88

2.35

Charles Mahoney
12201 W Beloit Road Apt 5
Greenfield, WI 53228

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$758.03                    $758.03

2.36

Chinmayee Nambiar
500 W Florida st
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,318.44    $1,318.44
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.37

Christina Riviera
3218 N HOLTON ST
Milwaukee, WI 53212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $835.18    $835.18
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.38

Christine Pfeiffer
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9468

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $322.48    $322.48
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.39

Christine Pfeiffer
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9469

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$322.48          $322.48

2.40

Christine Schiek
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7733

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$285.52          $285.52

2.41

Christopher Kampel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6297

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$718.88          $718.88

2.42

City of Milwaukee Wisconsin
Office of the City Treasurer
City Hall, Room 103
200 East Wells Street
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $247,917.00        $247,917.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Milwaukee Real Estate Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

2.43

City of Milwaukee Wisconsin
Office of the City Treasurer
City Hall, Room 103
200 East Wells Street
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $29,314.00         $29,314.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Milwaukee Personal Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

2.44

Claire Miller
2800 N Frederick Ave
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $648.20            $648.20
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.45

Cooper Keillor
W58N446 Hilbert Ave
Cedarburg, WI 53012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$921.51                    $921.51

---

2.46

Costello and Newman Weddin
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
3989

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$500.00                    $500.00

---

2.47

Coulter Rehearsal Dinner
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7416

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.48

Dan Palmer
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5770

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,936.72    $1,936.72
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.49

Daniel Juhl
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6491

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $377.92    $377.92
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.50

Daniel Turek
3635 S 21st St.
Milwaukee, WI 53221

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $2,174.39    $2,174.39
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.51

David Bahl
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9691

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$322.48                    $322.48

2.52

David Larson
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9678

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,170.72                    $1,170.72

2.53

Davidson Wedding
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7236

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00                    $500.00

2.54

Denise Leaver
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9248

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$302.18          $302.18

2.55

Dennis Dunlap
3919 Cornell Avenue
Park City, IL 60085

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,822.53          $1,822.53

2.56

Derek Doddridge
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7597

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$423.20          $423.20

2.57

Derse Meeting
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9729

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $250.00              $250.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.58

Destiny Zuknik
33928 Janesville Road
Mukwonago, WI 53149

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                  $1,375.38            $1,375.38
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.59

Domaron Johnson
3218 N Holton St
Milwaukee, WI 53212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $763.30              $763.30
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.60

Dylan Shaffer
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6080

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$783.56                                    $783.56

2.61

Dylan Shaffer
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6081

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$783.56                                    $783.56

2.62

Edward Frosch
2342 S Austin St Apt 207
Milwaukee, WI 53207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,474.55                                  $2,474.55

2.63

edward mendrala
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9376

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $875.96              $875.96
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.64

Emily Ruzga
260 South St
Waukesha, WI 53186

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $600.37              $600.37
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.65

Emily Zaeske
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7078

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $294.76              $294.76
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.66

Eric Ninham
2155 W Mill Rd
Brown Deer, WI 53209

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$648.51          $648.51

---

2.67

Eudelia Zarate
7941 W. High Street
Franklin, WI 53132

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,118.31          $1,118.31

---

2.68

Froedtert Ana
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6176

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00          $400.00

2.69

Future Urban Leaders Gradual
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6072

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00          $500.00

2.70

Gabe Neitzel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8989

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$442.60          $442.60

2.71

GC20024
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5223

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00           $75.00

2.72

General Mills
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6224

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,757.85          $3,350.00

2.73

Gerardo Parra Noble
8501 W Melvina
Milwaukee, WI 53222

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$658.30          $658.30

2.74

Ginna's Celebration
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7001

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00          $400.00

2.75

Global Business Intelligence
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9603

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.76

greg rechtzigel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5832

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $488.80    $488.80
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.77

Grossman Bridal Shower
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7454

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $200.00    $200.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.78

Halle Dohmeyer
4200 S Lake Dr
Apt 445
Saint Francis, WI 53235

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$837.65        $837.65

2.79

Hanna De Cicco
1679 North Marshall Street
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$1,116.37        $1,116.37

2.80

Heather's 40th Birthday Party
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6194

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$250.00        $250.00

2.81

Heidi Cronce
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9488

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$939.72                    $939.72

2.82

Hendrika van Veenendaal
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9490

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,106.64                  $1,106.64

2.83

Henken Wedding Reception
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6317

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$500.00                    $500.00

2.84

Hole Wedding Brunch
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7194

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $350.00                    $350.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.85

Isidro Ortiz Alvarez
1222 South 18th Street
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $1,199.59                  $1,199.59
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.86

Ivany Torres
1125 N 9th St
Apt 226
Milwaukee, WI 53233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $399.18                    $399.18
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.87

Jackie Kessenich
1227 S 54th St
Milwaukee, WI 53214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,438.88          $1,438.88

2.88

Jacob Lang
1428 E. Capital Dr.
Apt 202
Shorewood, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$848.43          $848.43

2.89

Jamie Curler
W3321 2nd Street
East Troy, WI 53120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,473.55          $1,473.55

2.90

Jason Carlos
1216 S 26th Street
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,032.80    $1,032.80

2.91

Jeffery Abrahamson
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8733

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$230.08    $230.08

2.92

Jeffrey Garrard
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8538

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$2,412.58    $2,412.58

2.93

Jennifer Kurtz
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5043

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,088.48                    $1,088.48
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.94

Jennifer Meshka
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9500

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $506.36                    $506.36
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.95

Jermaine Brister
4706 N 70th Street
Milwaukee, WI 53218

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $941.54                    $941.54
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.96

Jermaine Evans
9300 Bay Meadow Road
Jacksonville, FL 32256

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$724.44     $724.44

2.97

Jerrod Carr
3355 S. 54TH STREET
Milwaukee, WI 53219

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,290.08     $1,290.08

2.98

Jess & Hanna Wedding
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7536

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$500.00     $500.00

2.99

Jimenez Quinceanera
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8812

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,970.00    $1,970.00

2.100

John Brister
4756 N 50th Street
Milwaukee, WI 53218

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$991.94    $991.94

2.101

John Brister JR
4756 N 50th St
Milwaukee, WI 53218

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$585.69    $585.69

2.102

John Ehlenbach
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7333

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $1,715.88     $1,715.88
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.103

John Folkert
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5764

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $2,237.02     $2,237.02
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.104

John Schroeder
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8928

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $230.08     $230.08
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Rider Hotel, LLC
Name

Case number *(if known)* 22-10522

**2.105**

Jonathan Garcia
1425 W Euclid Ave
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $1,101.05    $1,101.05
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.106**

Jose Detherage
2100 W Pierce St. #110
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $653.65    $653.65
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.107**

Joshua Buraczewski
2955 N Frederick Ave
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $711.85    $711.85
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.108

Jossue Vega
2545 N Frederick
Apt 211
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $1,382.86                $1,382.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.109

Julie C. Meyer
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7595

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $239.32                $239.32
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.110

Jullissa Linares
500 W Florida Street
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $2,054.82                $2,054.82
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.111

Kara Waddell
11130 N Crestline Road
Mequon, WI 53092

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$102.93          $102.93

2.112

Karly Sopcic
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6955

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$719.80          $719.80

2.113

Kate Eggleston
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6489

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$792.80          $792.80

2.114

Kate Snyder
1319 N Jackson St
Apt 117
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $823.00                    $823.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.115

kathy boettcher
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9492

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $359.44                    $359.44
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.116

Kelli Losinski
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7732

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $387.16                    $387.16
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.117

Kelly Miroslaw
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7480

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $433.36                    $433.36
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.118

Kristen Trieloff
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8757

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $460.16                    $460.16
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.119

Kyle Downing
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9688

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $382.54                    $382.54
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.120

LAUREN LONG
2948 E. Rhode Island Ave
Milwaukee, WI 53207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$267.21      $267.21

---

2.121

Laurie Mitchell
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9575

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$580.28      $580.28

---

2.122

Lavesh Kudekar
500 W Florida st
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,421.44      $1,421.44

2.123

Leocadio Lopez
7824 W. Howard Ave.
Milwaukee, WI 53220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,095.15            $1,095.15

2.124

Lester Proctor
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5182

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,343.04            $1,343.04

2.125

Letitia Jones
2437 N 49th Street
Milwaukee, WI 53210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$743.88            $743.88

2.126

Liana Bautista
3316 S 9th Place
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,321.50          $1,321.50

---

2.127

Lori Tauer-Ankrum
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6454

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,902.26          $1,902.26

---

2.128

Louie Spetrini
720 W Virginia St
Apt 402
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,847.37          $2,847.37

2.129

Madeline Bryke
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8991

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$985.92          $985.92

2.130

Mara Drancik
2101A W Wisconsin Ave
Milwaukee, WI 53233

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$331.12          $331.12

2.131

Marcus Morrow
1632 E Irving Pl
Apt 14
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$134.58          $134.58

2.132

Maria Rodriguez
8501 W Melvina St
Milwaukee, WI 53222

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $359.80    $359.80
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.133

Maricela Zarate
2877 S. 37th Street
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $537.44    $537.44
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.134

Marion Miles
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9658

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $562.72    $562.72
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.135

Mark Maurer
1018 E. KNAPP
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,145.97          $1,145.97

---

2.136

Marquette Dental School Reur
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8919

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$500.00          $500.00

---

2.137

Maryann Caprio-Ward
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6625

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$561.80          $561.80

2.138

Matthew Beilfuss
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
2776

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $294.76                    $294.76
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.139

Maureen Peterson
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7388

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $285.52                    $285.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.140

Michael Bowen
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7746

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,115.28                    $1,115.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.141

Michael Maxon
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9690

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$322.48                $322.48

2.142

Miguela Payano
1955A South 10TH STREET
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$352.57                $352.57

2.143

Mike's engagement party
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6429

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00                $1,500.00

2.144

Mitch Moritz
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9442

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $470.32        $470.32
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.145

MRA - The Management Asso
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5254

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $500.00        $500.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.146

Natalia Mirskaya
3339 S 8TH STREET
Milwaukee, WI 53215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $926.69        $926.69
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor   Rider Hotel, LLC
         Name

2.147

Nicholas Carrillo
2313 E Linnwood Ave
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$98.79                $98.79

2.148

Nicholas Goetz
2103 S 71st St
#103
Greenfield, WI 53219

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,535.80              $1,535.80

2.149

Nona Santiago
631 McCall St
Waukesha, WI 53186

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,572.96              $1,572.96

2.150

Olivia Deschane
2632 N Oakland Ave
Apt 25
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,250.47    $1,250.47
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.151

Omkar Bhandare
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,168.15    $1,168.15
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.152

Patrick Ryan
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5800

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $340.96    $340.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.153

Paul Beery
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9506

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $445.40                    $445.40
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.154

PharmaEssentia
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7495

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.155

Prutha Panchasara
500 W Florida st
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,554.81                    $1,554.81
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.156

randy rechtzigel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5831

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $396.40    $396.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.157

Rebecca Debo
3800 E Plankinton Ave
Cudahy, WI 53110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,604.18    $1,604.18
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.158

Reiss Ortiz Wedding
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
2575

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $500.00    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.159

Rivion Retirement Party
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6316

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $500.00                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.160

Russell Stecklein
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9707

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,138.38                   $1,138.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.161

ryan cooley
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5056

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $1,195.78                   $1,195.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.162

Ryan Stankus
1505 N Franklin Place Apt 610
Milwaukee, WI 53207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $403.36          $403.36
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.163

Sabrina Rivera
2660 N 6th ST.
Milwaukee, WI 53212

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $1,350.51          $1,350.51
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.164

Samuel Arthur
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6170

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $2,149.24          $2,149.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.165

Sarah Audette
315 East Fieldstone Circle
#5
Oak Creek, WI 53154

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $1,081.91          $1,081.91
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.166

Schabes Prep Room
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6318

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $500.00          $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.167

Scott Riege
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9258

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $718.88          $718.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.168

Sean Carney
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
5735

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$368.68          $368.68

2.169

Shadala Smith
2164 N 41st St
Milwaukee, WI 53208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$979.35          $979.35

2.170

Shannon Redmond
121 North 74Th Street
Milwaukee, WI 53213

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,346.79          $1,346.79

2.171

Shelley Neitzel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9114

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**      $350.23          $350.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.172

Shelley Neitzel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9115

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**      $350.23          $350.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.173

Shelley Neitzel
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9116

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**      $350.23          $350.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.174

Skylar Townsend
444 E Corcoran Ave
Milwaukee, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $1,463.67        $1,463.67
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.175

Sonia Rodriguez
14210 W. Redwood Drive
New Berlin, WI 53151

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $793.16          $793.16
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.176

Stefon Brister
4756 N. 50th Street
Milwaukee, WI 53218

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $594.15          $594.15
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.177

Stephanie Camp
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6904

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$350.20                  $350.20

2.178

Steven Brown
4319 W Tumble Creek Drive
Fraklin, WI 53132

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

$110.24                  $110.24

2.179

Strand Associates Holiday Par
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7646

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

$500.00                  $500.00

2.180

Tammy Malueg
333 W Bumham Street
Milwaukee, WI 53204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $829.39            $829.39
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.181

Terese Cirino
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7083

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $1,041.36          $1,041.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.182

Terese Cirino
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
7082

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $1,041.36          $1,041.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.183

Terrence Davis
2066 S 82ND ST
#4
West Alis, WI 53219

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $642.58        $642.58
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.184

Terri Carlson
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9655

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $294.76        $294.76
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.185

Tim Harrison
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6629

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**        $2,260.58        $2,260.58
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.186

Timothy Dennik
W144 S6939 Dover Lane
Muskego, WI 53150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $1,141.45          $1,141.45
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.187

Timothy Streckert
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9649

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $716.28          $716.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.188

Trek Travel July
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6300

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $400.00          $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.189

Trek Travel September
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
6301

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $400.00    $400.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.190

Victoria Cass
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
8934

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $183.20    $183.20
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.191

Wallander Hanlon Wedding Br
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9255

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $300.00    $300.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.192

Walter Jefferson
2832 North 68th Street
Milwaukee, WI 53210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $1,632.86    $1,632.86
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.193

Weston Lauritch Salverson
2441 South 59th St
Milwaukee, WI 53219

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $131.78    $131.78
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.194

Willow Tolle
2732 N Cramer St
Milwaukee, WI 53211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $1,148.86    $1,148.86
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

2.195

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**      $59,000.00      $59,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Sale and Use Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.196

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**      $64,500.00      $64,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Hospitality Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.197

Xiangpeng Li
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9692

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**      $313.24      $313.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.198

Xiaoping Lu
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
9693

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $313.24    $313.24
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.199

Zachary Schmitz
11200 W Cleveland Ave
Apt F4
Milwaukee, WI 53227

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $1,473.59    $1,473.59
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.200

Zachary Schullo
3320 S 79th St
Greenfield, WI 53219

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $932.48    $932.48
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

2.201

Zanskas Rehearsal Dinner
Available Upon Request

**Date or dates debt was incurred**

**Last 4 digits of account number**
4743

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$300.00                    $300.00

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

ABM Parking Services
PO Box 74008829
Chicago, IL 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$262,594.12

3.2

Aggie's Bakery & Cake Shop
7328 West Greenfield Ave.
West Allis, WI 53214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$165.00

**3.3**

Allbridge LLC
PO Box 638671
Cincinnati, OH 45263

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,773.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.4**

Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $233,444.30
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.5**

Badger Liquor Wine and Spirits
PO Box 1137
Fond Du Lac, WI 54936

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,439.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.6**

Bay Towel
2580 S Broadway
Green Bay, WI 54304

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,741.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

3.7

Beechwood Sales & Service, Inc.
PO Box 510946
New Berlin, WI 53151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $1,888.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

3.8

Beer Capitol Distributing LLC
BIN# 88680
Milwaukee, WI 53288-0680

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $2,037.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

3.9

Birchstreet Systems, LLC
304 S Jones Blvd #5100
Las Vegas, NV 89107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $215.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

3.10

Breakthru Beverage Wisconsin on Premise LLC
PO Box 22616
Baltimore, MD 21203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $1,614.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

3.11

Breckpoint, Inc.
8918 Spanish Ridge Ave, Suite 200
Las Vegas, NV 89148

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

3.12

Brinks U.S.
7373 Solutions Center
Chicago, IL 60677

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $24.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.13

Cade Law Group, LLC
PO Box 170887
Milwaukee, WI 53217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $56,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.14

Capitol Husting Company, Inc.
12001 W Carmen Ave
Milwaukee, WI 53225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $1,421.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.15

Carisolo, Inc.
E7995 School Rd
Sauk City, WI 53583

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $44.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

3.16

Clark Hill, PLC
PO Box 3760
Pittsburgh, PA 15230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $38,887.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

3.17

Coakley Brothers Company
400 South Fifth Street
Milwaukee, WI 53204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

3.18

Colectivo Coffee Roasters, Inc.
2999 N. Humboldt Blvd
Milwaukee, WI 53212

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $354.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.19**

Customer Direct
11872 Westline Insudtrial Drive
Suite 160
St. Louis, MO 63146

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,187.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.20**

Dornbrook Construction, Inc
N91 W20980 Hillview Drive
Menomonee Falls, WI 53051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $38,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.21**

Employers Assurance Company
10375 Professional Circle
Reno, NV 89521

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $32,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.22**

FedEx Freight Inc.
DEPT Ch PO BOX 10306
Palatine, IL 60055-0306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $77.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.23**

Fintech
3109 W. Dr. Martin Luther King Jr. Blvd
Suite 200
Tampa, FL 33607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$447.74

**3.24**

Fortune Fish Company
PO Box 88477
Chicago, IL 60680-1477

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$419.82

**3.25**

Fortune Wisconsin LLC
PO Box 288
Windsor, WI 53598

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$13,068.70

**3.26**

General Beverage
PO Box 510203
New Berlin, WI 53151-0203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$920.52

**3.27**

Global Water Technology Inc
354 W Armory Drive
South Holland, IL 60473

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $195.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.28**

Golden Malted
PO Box 129
Concordville, PA 19331

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $141.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.29**

Grove Networks, Inc.
2103 Coral Way
Suite 700
Miami, FL 33145

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,830.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.30**

Guest Supply
PO Box 6771
Sommerset, NJ 08875

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,733.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.31**

Helm
20875 N. 90th Place
Scottsdale, AZ 85255

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $1,228.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.32**

Highgate Hotels LP
545 E. John W
Carpenter Fwy #1400
Irving, TX 75062

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $173,794.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.33**

Iron Mountain
PO Box 27128
New York, NY 10087-7128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $61.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.34**

M3 Accounting Services Inc
PO Box 117495
Atlanta, GA 30368

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $2,270.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor  Rider Hotel, LLC
        Name

Case number *(if known)* 22-10522

---

3.35

OpenTable, Inc
29109 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

$618.00

---

3.36

PA Management
500 W Florida St
Milwaukee, WI 53204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Contracted Management Fees

**Is the claim subject to offset?**
☐ No

☐ Yes

$128,271.00

---

3.37

Palo Foods, Inc.
955 Willow Dr
Suite G
Sheboygan Falls, WI 53085

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

$135.84

---

3.38

Per Mar Security Services
PO Box 1101
Davenport, IA 52805

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

$432.00

**3.39**

Prolitec, Inc.
Dept CH 16906
Palatine, IL 60055

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $147.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.40**

Quizmaster Triva LLC
3014 N Farwell Ave
Milwaukee, WI 53211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.41**

Reinhart Boerner Van Deuren s.c.
PO Box 2965
Milwaukee, WI 53201-2965

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $195.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.42**

RSS GSMS2015-GC28-WI RH, LLC
a Wisconsin Limited Liability Company
200 S. Biscayne Blvd., Suite 3550
Miami, FL 33131

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No

☐ Yes

3.43

SOSH
10936 N Port Washington Rd
Unit #237
Mequon, WI 53092

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,320.00

3.44

Sysco Eastern Wisconsin LLC
One Sysco Drive
Jackson, WI 53037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,825.00

3.45

Terry & Nudo, LLC
4003 80th St
Kenosha, WI 53142

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,410.00

3.46

The Wasserstrom Company
PO Box 933469
Cleveland, OH 44193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$709.13

3.47

VMarchese, Inc.
600 S. Jake Marchese Way
Milwaukee, WI 53204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,251.05

3.48

Wegner CPAs, LLP
PO Box 150
Baraboo, WI 53913

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

$46,368.11

3.49

Wisconsin Backflow Testing LLC
N614 Greendale Road
Hortonville, WI 54944

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$827.75

3.50

Wisconsin Firewood & Melvin Mulch LLC
240 East College Avenue
Milwaukee, WI 53207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

$579.00

3.51

Wisconsin's Best & Wisconsin Cheese Company
4645 WI-138
Oregon, WI 53575

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $613.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

3.52

Wolf's Dry Cleaners
1354 North Seventh Street
Milwaukee, WI 53205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $115.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** <br> RSS GSMS2015- GC28-WI RH, LLC <br> c/o Womble Bond Dickinson (US) LLP <br> 1313 North Market Street, Suite 1200 <br> Wilmington, DE 19801 | Line <br> 3.43 <br><br> ☐ Not listed. Explain | |
| **4.2** <br> RSS GSMS2015-GC28-WI RH, LLC <br> c/o Dykema Gossett PLLC <br> 10 South Wacker Drive, Suite 2300 <br> Chicago, IL 60606 | Line <br> 3.43 <br><br> ☐ Not listed. Explain | |

Debtor    Rider Hotel, LLC
        Name

Case number *(if known)* 22-10522

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $564,586.46 |
| 5b. | **Total claims from Part 2** | 5b. | $1,088,700.98 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,653,287.44 |

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**   Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Service Request Management Portal **State the term remaining** **List the contract number of any government contract** | Alice PO Box 21529 New York, NY 10087-1529 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Phone Service - Business **State the term remaining** **List the contract number of any government contract** | Allbridge LLC PO Box 638671 Cincinnati, OH 45263 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Merchant Services - Card Processing **State the term remaining** **List the contract number of any government contract** | American Express Merchant Mail Code 13-01-76 14635 N Kierland Blvd, Suite #200 Scottsdale, AZ 85254 |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Linen Rental - F&B | Bay Towel |
| | | | 2580 S Broadway |
| | | | Green Bay, WI 54304 |
| | **State the term remaining** | 10/18/2022 | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Reservation Management Services | Booking.com |
| | | | Herengracht 597, 1017 CE |
| | | | Amsterdam 1017 CE |
| | **State the term remaining** | | Netherlands |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Analytics Support | CBRE Hotel Horizons |
| | | | 3410 Gateway Road |
| | | | WI |
| | **State the term remaining** | | 53045 |
| | | | Brookfield |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Outsourced Customer Service Support | Customer Direct LLC |
| | | | 11872 Westline Insudtrial Drive |
| | | | Suite160 |
| | **State the term remaining** | | St. Louis, MO 63146 |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Lead Generation Support - Sales | Cvent |
| | | | 1765 Greensboro Station Place |
| | | | 7th Floor |
| | **State the term remaining** | | Tysons Corner, VA 22102 |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Point of Sale - F&B | Datacom Consulting |
| | | | 1491 Bellevue Street |
| | | | Green Bay, WI 54311 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Rider Hotel, LLC
          Name

Case number *(if known)* 22-10522

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Sprinkler Service - Maintenance | DJ's Lawn Sprinkler |
|---|---|---|---|

2.10
**State what the contract or lease is for and the nature of the debtor's interest**  Sprinkler Service - Maintenance

DJ's Lawn Sprinkler
W180S7732 Pioneer Drive
Muskego, WI 53150

**State the term remaining**  12/31/2022

**List the contract number of any government contract**

2.11
**State what the contract or lease is for and the nature of the debtor's interest**  Environmental Services - Trash & Recycling

Eagle Disposal
21107 Omega Circle
Franksville, WI 53126

**State the term remaining**

**List the contract number of any government contract**

2.12
**State what the contract or lease is for and the nature of the debtor's interest**  Dishwasher Leases (3)

Ecolab
1 Ecolab Place
St. Paul, MN 55102

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

2.13
**State what the contract or lease is for and the nature of the debtor's interest**  Reservation Management Services

Expedia
1111 Expedia Group Way West
Seattle, WA 98119

**State the term remaining**

**List the contract number of any government contract**

2.14
**State what the contract or lease is for and the nature of the debtor's interest**  Alcoholic Beverage Payment Processing

Fintech
3109 W. Dr. Martin Luther King Jr. Blvd
Suite 200
Tampa, FL 33607

**State the term remaining**

**List the contract number of any government contract**

2.15
**State what the contract or lease is for and the nature of the debtor's interest**  Payment Gateway Provider - New

Gateway Services/Shift4
79 Inverness Drive East
Englewood, CO 80112

**State the term remaining**

**List the contract number of any government contract**

Debtor  Rider Hotel, LLC
        Name

| | | | |
|---|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Cooler, Ice Bin & Mixer Gun Rental | Great Lakes Coc-Cola Distribution<br>PO Box 809082<br>Chicago, IL 60680 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Outsourced IT Support | Grove Network<br>2103 Coral Way<br>Suite 810<br>Miami, FL 33145 |
| | **State the term remaining** | 4/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Merchant Services - Card Processing | Heartland Merchant<br>One Heartland Way<br>Jeffersonville, IN 47130 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Payroll Processing Software | Heartland Payroll<br>616 N Broadway Ave<br>Oklahoma City, OK 73102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Hotel Management Agreement | Highgate Hotels LP<br>870 7th Ave 2nd Floor<br>New York City, NY 10019 |
| | **State the term remaining** | 7/26/2027 | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | CRM System - Sales | iVvy<br>1/2 Newcastle Street<br>Burleigh Heads 4220<br>Australia |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | | |

Debtor    Rider Hotel, LLC
          Name

Case number *(if known)* 22-10522

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Elevator Maintenance - Maintenance |
| | | Kone, Inc.<br>4225 Naperville Road<br>Lisle, IL 60532 |
| | **State the term remaining** | 8/13/2022 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Accounting Software & Professional Services |
| | | M3 Accounting Services, Inc.<br>1715 N Brown Rd, Bldg A<br>Suite 200<br>Lawrenceville, GA 30043 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Management System - Rooms |
| | | Oracle America<br>PO Box 203448<br>Dallas, TX 75320-3448 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Hotel Management Agreement |
| | | PA Management<br>500 W Florida St<br>Milwaukee, WI 53204 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Services |
| | | Per Mar Security<br>1910 E Kimberly Rd<br>Davenport, IA 52807 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Copier Leases (2) |
| | | Ricoh USA, Inc.<br>PO Box 802815<br>Chicago, IL 60680-2815 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Reservation Management Services | Sceptre Hospitality Services
1900 W Loop S #700
Houston, TX 77027
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | In-Room Entertainment | Sonifi Solutions, Inc.
3900 West Innovation Street
Sioux Falls, SD 57107
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Agreement | SOSH
10936 N Port Washington Rd
Unit #237
Mequon, WI 53092
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | TV & Internet Service | Spectrum
4145 S. Falkenburg Rd
Riverview, FL 33578-8652
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Payment Gateway Provider - Old | Tenerum LLC
2600 9th St Suite 200
St. Petersburg, FL 33704
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Valet Parking | Towne Park LLC
450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Reservation Management Services |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Trip Advisor
400 1st Avenue
Needham, MA 02494

| | | |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Annual Dues & Listing Fee |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

WI Hotel & Lodging Association

| | | |
|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Phone Service - Guest |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Windstream
PO Box 3177
Cedar Rapids, IA 52406-3177

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1<br>Tim Dixon | W6609 Pine Hill Trail, PO Box 71<br>Cascade, WI, 53011 | RSS GSMS2015-GC28-WI RH, LLC a Wisconsin Limited Liability Company , 200 S. Biscayne Blvd., Suite 3550 Miami, FL 33131 | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 07/15/2022 | /s/ Tim Dixon |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Tim Dixon |
| | Printed name |
| | General Manager |
| | Position or relationship to debtor |