**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RIDER HOTEL, LLC,**[1] | ) | **Case No. 22-10522 (JTD)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STATEMENT OF FINANCIAL AFFAIRS
OF DEBTOR RIDER HOTEL, LLC (CASE NO. 22-10522)**

---

[1]      The last four digits of the Debtor's tax identification number are 2426.  The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **RIDER HOTEL, LLC,**[1] | ) Case No. 22-10522 (JTD) |
|  | ) |
| Debtor. | ) |
|  | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") filed by Rider Hotel, LLC (the "Debtor") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 *et seq.* (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's management, and are unaudited. While those members of management responsible for the preparation of the Schedules and Statement have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statement that may warrant amendment of the same. Moreover, because the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment, there can no assurance that these Schedules and Statement are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statement. In the event of any inconsistency between the Global Notes and the Schedules and Statement, the Global Notes shall control and govern.

The Schedules and Statement have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statement, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1. **Case**. On June 9, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business of May 31, 2022.

---

[1] The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

2.    **Amendments**. The Debtor reserves its right to amend the Schedules and Statement in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

3.    **Estimates and Assumptions**. The preparation of the Schedules and Statement requires the Debtor to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

4.    **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown."  Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statement do not accurately reflect the aggregate amount of the Debtor's liabilities.

5.    **Pre-Petition vs. Post-Petition**. The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information from research and investigation conducted during the preparation of these Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.    **GAAP**. Given the difference between the information requested in the Schedules and Statement, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.    **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtor's property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtor's property interests are reflected in the applicable Schedule.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise indicated, all asset amounts are listed as of May 31, 2022. The Debtor's cash on hand is reflected as of the petition date.  The Debtor reserves it right to amend or adjust the value of each asset or liability as set forth herein.

8.    **Setoff or Recoupment Rights**. The Debtor has not included on Schedule D parties

that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Such counterparties have been listed on Schedule F.

9.      **First-Day Orders**. Pursuant to various orders issued by the Court, the Debtor was authorized to pay certain outstanding pre-petition claims, including, without limitation, the following: (a) claims relating to its management companies related to employee compensation, benefits, reimbursable business expenses, and related administrative costs; and (b) claims of taxing authorities.  To the extent claims have been paid, such claims have been marked as contingent.

10.      **Co-Obligors**. No claim set forth on the Schedules and Statement of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party

11.      **Causes of Action**.  The Debtor reserves all of its causes of action.  Neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such cause of action.  Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this Chapter 11 Case, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

12.      **Insiders**. In those circumstances where the Schedules and Statement require information regarding insiders and/or officers and directors, included therein are the Debtor's (a) officers and (b) its management companies' employees that are, or were during the relevant period, officers.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, management company employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

13.      **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. The Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

14.      **Fiscal Year**.  The Debtor's fiscal year ends on December 31.

15.      **Currency**.  All amounts are reflected in U.S. dollars.

16.      **Summary of Significant Reporting Policies and Practices**. The following conventions were adopted by the Debtor in preparation of the Schedules and Statement:

3

(a)     Fair Market Value; Book Value.  Unless otherwise noted therein, the Schedules and Statement reflect the carrying value of the liabilities as listed in the Debtor's books and records.  Where the current market value of assets is unknown, the Debtor has based its valuation on book values net of depreciation.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statement as they have no net book value.  The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

(b)     Inventories.  Inventories are valued in the Schedules and Statement at the values indicated on the Debtor's books and records as of May 31, 2022.

(c)     Leased Personal Property.  In the ordinary course of its business, the Debtor leases various articles of personal property.  All such leases are set forth in the Schedules and Statement.  The property subject to the leases is not reflected in the Schedules and Statement as either owned property or assets of the Debtor or property or assets of third-parties within the control of the Debtor.  Nothing in the Schedules or Statement is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to all such issues.

(d)     Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statement as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statement as to amount, liability, or status.

17.     **Schedule D**. Although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  The Debtor reserves all of its rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of a claimant or a waiver of the Debtor's rights to recharacterize or reclassify a claim

4

or contract. The amounts reflected in Schedule D are the Debtor's estimates as of June 9, 2022.

18.     **Schedule E/F**. The Debtor's analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary.  The books and records reflect that the Debtor has certain liabilities in respect of gift cards.  Although the liability is listed, the redemptions and exchanges of such gift cards are ongoing and the Debtor does not know the identities of the holders of such cards.  Therefore, the gift card holders are not listed on Schedule E/F.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim on Schedule E/F. Additionally,  due to the nature of the Debtor's hotel business, the Debtor continue to receive room deposits and reservations on a rolling basis. Additionally, since the Petition Date, new reservations have been received and prior room deposits have been applied at or about the time of customer stays. Determining the holder and contact information for each reservation would be unduly and burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim on Schedule E/F. The amounts reflected on Schedules E/F are as of the Petition Date.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtor.  Each potential claim associated with any such pending litigation is marked as contingent, unliquidated and disputed in the Schedules and Statement.  Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

19.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts.  The Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or directly liable.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other

miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. The Debtor reserves all of its rights with respect to such agreements. The Debtor also reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. Further, the Debtor reserves all rights to later amend the Schedules and Statement to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. The Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if they are unexpired non-residential real property leases. Any and all of the Debtor's rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20. **Schedule H**. The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or such are discovered to have expired or be unenforceable.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statement, and neither is liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to

6

notify any third party should the information be updated, modified, revised or re- categorized. In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not, and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

138548602.1
40280185.2 07/15/2022

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/1/2022 to 5/31/2022 | ☑ Operating a business ☐ Other | $2,773,251.00 |
| **For prior year:** From 1/1/2021 to 12/31/2021 | ☑ Operating a business ☐ Other | $6,718,567.00 |
| **For the year before that:** From 1/1/2020 to 12/31/2020 | ☑ Operating a business ☐ Other | $3,380,267.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/1/2022 to Filing Date | N/A | $0.00 |
| **For prior year:** From 1/1/2021 to 12/31/2021 | Litigation Settlement / Grant / PPP | $3,000,000.00 |
| **For the year before that:** From 1/1/2020 to 12/31/2021 | | $0.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>"See SOFA 3 Exhibit", | | $2,420,674.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>Fe Equus LLC<br>c/o Tim Dixon<br>W6609 Pine Hill Trail<br>Cascade, WI 53011<br><br>Relationship to debtor<br>Affilliate | 5/13/2022 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 4.2<br><br>Fe Equus, LLC<br>W6609 Pine Hill Trail<br>Cascade, WI 53011<br><br>Relationship to debtor<br>Affilliate | 5/16/2022 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

4.3

Fe Equus LLC
c/o Tim Dixon
W6609 Pine Hill Trail
Cascade, WI 53011

6/9/2022                    $35,720.49

☐ Secured debt

☐ Unsecured loan repayments

☑ Suppliers or vendors

☐ Services

☐ Other

Relationship to debtor
Affilliate

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

## Part 3:    Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 | | | |
| **Name** RSS GSMS2015-WI RH, LLC v. Rider Hotel, LLC | Foreclosure | **Name** Circuit Court Milwaukee County | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 2021 CV 7145 | | **Street** 901 N. 9th Street | |
| | | **City** Milwaukee  **State** WI  **Zip** 53233 | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 | | |
| Custodian's name and address | | Court name and address |
| _____ | Case title | Name |
| Street | _____ | _____ |
| _____ | Case number | Street |
| City     State     Zip | _____ | _____ |
| | Date of order or assignment | City        State   Zip |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** | | | |
| Recipient's name<br>Build Moto Mentor Program | Cash | 4/22/2022 | $2,665.00 |
| Street<br>5841 N. Shoreland Ave | | | |
| City      State   Zip<br>Whitefish Bay   WI    53217 | | | |
| **Recipient's relationship to debtor**<br>Third Party | | | |
| **9.2** | | | |
| Recipient's name<br>Build Moto Mentor Program | Cash | 5/1/2022 | $2,500.00 |
| Street<br>5841 N. Shoreland Ave | | | |
| City      State   Zip<br>Whitefish Bay   WI    53217 | | | |
| **Recipient's relationship to debtor**<br>Third Party | | | |

---

## Part 5:   Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |
| _____ | _____ | _____ | _____ |

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | 6/8/2022 | $30,000.00 |
| **11.2** B. Riley Advisory Services<br>11100 Santa Monica Blvd., Suite 800<br>Los Angeles, CA 90025<br><br>**Email or website address**<br>brileyfin.com<br>**Who made the payment, if not debtor?** | | 11/2/2021 | $78,585.00 |
| **11.3** B. Riley Advisory Services<br>11100 Santa Monica Blvd., Suite 800<br>Los Angeles, CA 90025<br><br>**Email or website address**<br>brileyfin.com<br>**Who made the payment, if not debtor?** | | 3/24/2022 | $35,053.00 |
| **11.4** B. Riley Advisory Services<br>11100 Santa Monica Blvd., Suite 800<br>Los Angeles, CA 90025<br><br>**Email or website address**<br>brileyfin.com<br>**Who made the payment, if not debtor?** | | 5/20/2022 | $73,703.50 |
| **11.5** B. Riley Advisory Services<br>11100 Santa Monica Blvd., Suite 800<br>Los Angeles, CA 90025<br><br>**Email or website address**<br>brileyfin.com<br>**Who made the payment, if not debtor?** | | 6/9/2022 | $28,319.00 |

**11.6**

B. Riley Advisory Services
11100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90025

6/9/2022                    $40,000.00

**Email or website address**
brileyfin.com

**Who made the payment, if not debtor?**

**11.7**

Carlson Dash LLC
216 S Jefferson St, Suite 504
Chicago, IL 60661

12/6/2021                   $60,000.00

**Email or website address**

**Who made the payment, if not debtor?**

**11.8**

Carlson Dash LLC
216 S Jefferson St, Suite 504
Chicago, IL 60661

4/1/2022                   $123,184.52

**Email or website address**

**Who made the payment, if not debtor?**

**11.9**

Carlson Dash LLC
216 S Jefferson St, Suite 504
Chicago, IL 60661

4/7/2022                    $60,000.00

**Email or website address**

**Who made the payment, if not debtor?**

**11.10**

Carlson Dash LLC
216 S Jefferson St, Suite 504
Chicago, IL 60661

4/7/2022                    $65,000.00

**Email or website address**

**Who made the payment, if not debtor?**

11.11

    Carlson Dash LLC                                          5/20/2022              $4,337.50
    216 S Jefferson St, Suite 504
    Chicago, IL 60661

**Email or website address**

**Who made the payment, if not debtor?**

11.12

    Carlson Dash LLC                                            6/8/2022            $120,000.00
    216 S Jefferson St, Suite 504
    Chicago, IL 60661

**Email or website address**

**Who made the payment, if not debtor?**

11.13

    Dykema Gossett PLLC                                  4/15/2022            $15,000.00
    10 S Wacker Drive Suite 2300
    Chicago, IL 60606

**Email or website address**

**Who made the payment, if not debtor?**

11.14

    Saul Ewing Arnstein & Lehr LLP                         6/8/2022            $150,000.00
    161 North Clark Street, Suite 4200
    Chicago, IL 60601

**Email or website address**

**Who made the payment, if not debtor?**

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property☐by sale, trade, or any other means☐made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| _____ | _____ | _____ | _____ |
| Relationship to debtor | | | |
| _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | | | | |
| Street | | | From _____ | to _____ |
| City | State | Zip | | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |
| Street | | |
| | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider | **How are records kept?** Check all that apply: |
| City    State    Zip | | ☐ Electronically |
| | | ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    Name, Address, Email, Phone number and Credit Card Information

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in below:

    **Name of plan**                **Employer identification number of the plan**

    _____    _____

    Has the plan been terminated?

    ☐ No

    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 <br> Name _____ <br> Street _____ <br> City ____ State ___ Zip ___ | _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br><br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| 19.1 <br> Name _____ <br> Street _____ <br> City ____ State ___ Zip ___ | Address _____ | _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** Name Coakley Brothers Street 1912 S 82nd Street City West Allis State WU Zip 53219 | Address | Furniture and miscellaneous building materials | ☐ No ☐ Yes |
| **20.2** Name Dennis Dunlap Street 500 W Florida St City 500 W Florida St Milwaukee, WI 53204 o Contents include furniture and miscellaneous building mater State WI Zip 53204 | Address | Furniture and miscellaneous building materials | ☑ No ☐ Yes |

**Part 11:    Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** Charles Dwyer | W6609 Pine Hill Trail, P.O. Box 71 Cascade, WI 53011 | Rolled Canvases | Undetermined |

**Part 12:**    **Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 <br><br> _____ <br> Case Number | Name _____ <br><br> Street _____ <br><br> City _____ State ___ Zip ____ | _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 <br> Name _____ <br><br> Street _____ <br><br> City ____ State __ Zip __ | Name _____ <br><br> Street _____ <br><br> City ____ State __ Zip __ | _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 <br> Name _____ <br><br> Street _____ <br><br> City ____ State __ Zip __ | Name _____ <br><br> Street _____ <br><br> City ____ State __ Zip __ | _____ | _____ |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1 _____ | _____ | EIN _____ |
| | | **Dates business existed** |
| | | From _____    to _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| 26a.1 Highgate Hotels LP<br>545 E. John W<br>Carpenter Fwy #1400<br>Irving, TX 75062 | | From 2020 | to Current |
| 26a.2 PA Management<br>500 W Florida St<br>Milwaukee, WI 53204 | | From 2020 | to Current |
| 26a.3 Wegner CPAS, LLP<br>PO Box 150 Baraboo<br>Baraboo, WI 53913 | | From 2020 | to Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service | |
|---|---|---|
| 26b.1 | From _____    to _____ | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 Alan Di Leo, General Manager<br>W6609 Pine Hill Trail, P.O. Box 71<br>Cascade, WI 53011 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1

RSS GSMS2015-GC28-WI RH, LLC
a Wisconsin Limited Liability Company
200 S. Biscayne Blvd., Suite 3550
Miami, FL 33131

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| Tim Dixon, General Manager | 3/31/2022 | $66,672.00 |

| Name and address of the person who has possession of inventory records |
| --- |

27.1

Tim Dixon, General Manager

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| Tim Dixon, General Manager | 4/30/22 | $66,672.00 |

| Name and address of the person who has possession of inventory records |
| --- |

27.2

Tim Dixon, General Manager

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- |
| 28.1 Rider Hotel Mezzanine LLC W6609 Pine Hill Trail Cascade, WI 53011 | Tim Dixon, President | 100% |
| 28.2 | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 | | From _____ to _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See Answer to SOFA 4 | | | |

| Relationship To Debtor |
|---|
| |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN _____ |

**32.Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN _____ |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 | | | Atlanta | GA | 30363 | | 6/8/2022 | $ 30,000.00 | Restructuring Advice |
| **Arnall Golden Gregory LLP Total** | | | | | | | | | **$ 30,000.00** | |
| | | | | | | | | | | |
| B. Riley Advisory Services | 11100 Santa Monica Blvd., Suite 800 | | | Los Angeles | CA | 90025 | | 3/16/2022 | $ 35,053.00 | Restructuring Advice |
| B. Riley Advisory Services | 11100 Santa Monica Blvd., Suite 800 | | | Los Angeles | CA | 90025 | | 5/20/2022 | $ 73,703.50 | Restructuring Advice |
| B. Riley Advisory Services | 11100 Santa Monica Blvd., Suite 800 | | | Los Angeles | CA | 90025 | | 6/8/2022 | $ 40,000.00 | Restructuring Advice |
| B. Riley Advisory Services | 11100 Santa Monica Blvd., Suite 800 | | | Los Angeles | CA | 90025 | | 6/9/2022 | $ 28,319.50 | Restructuring Advice |
| **B. Riley Advisory Services Total** | | | | | | | | | **$ 177,076.00** | |
| | | | | | | | | | | |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 4/11/2022 | $ 1,720.51 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/2/2022 | $ 165.33 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/2/2022 | $ 1,462.35 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/2/2022 | $ 1,955.47 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/2/2022 | $ 3,115.37 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/17/2022 | $ 403.22 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/17/2022 | $ 610.44 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/17/2022 | $ 1,320.82 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/19/2022 | $ 5,122.00 | Suppliers or Vendors |
| Badger Liquor Wine and Spirits | 850 Morris St | | | Fond Du Lac | WI | 54935 | | 5/31/2022 | $ 25,790.61 | Suppliers or Vendors |
| **Badger Liquor Wine and Spirits Total** | | | | | | | | | **$ 41,666.12** | |
| | | | | | | | | | | |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 3/24/2022 | $ 823.27 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 3/30/2022 | $ 375.65 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 4/7/2022 | $ 417.67 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 4/28/2022 | $ 1,042.35 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 5/20/2022 | $ 1,984.52 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 5/31/2022 | $ 1,074.70 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 6/8/2022 | $ 715.38 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 6/8/2022 | $ 715.38 | Suppliers or Vendors |
| Bay Towel Linen & Uniform Rental | 2580 S Broadway | | | Green Bay | WI | 54304 | | 6/8/2022 | $ 715.38 | Suppliers or Vendors |
| **Bay Towel Linen & Uniform Rental Total** | | | | | | | | | **$ 7,864.30** | |
| | | | | | | | | | | |
| Booking.com B.V. | Herengracht 597, 1017 CE | | | Amsterdam | | 1017 CE | Netherlands | 3/24/2022 | $ 1,696.20 | Services |
| Booking.com B.V. | Herengracht 597, 1017 CE | | | Amsterdam | | 1017 CE | Netherlands | 3/24/2022 | $ 2,661.26 | Services |
| Booking.com B.V. | Herengracht 597, 1017 CE | | | Amsterdam | | 1017 CE | Netherlands | 5/31/2022 | $ 3,407.84 | Services |
| **Booking.com B.V. Total** | | | | | | | | | **$ 7,765.30** | |
| | | | | | | | | | | |
| Breakthru Beverage Wisconsin - On Premise, LLC | 1413 Tangier Dr | | | Middle River | MD | 21220 | | 3/24/2022 | $ 2,059.33 | Suppliers or Vendors |
| Breakthru Beverage Wisconsin - On Premise, LLC | 1413 Tangier Dr | | | Middle River | MD | 21220 | | 3/29/2022 | $ 1,486.86 | Suppliers or Vendors |
| Breakthru Beverage Wisconsin - On Premise, LLC | 1413 Tangier Dr | | | Middle River | MD | 21220 | | 5/2/2022 | $ 324.94 | Suppliers or Vendors |
| Breakthru Beverage Wisconsin - On Premise, LLC | 1413 Tangier Dr | | | Middle River | MD | 21220 | | 5/17/2022 | $ 195.91 | Suppliers or Vendors |
| Breakthru Beverage Wisconsin - On Premise, LLC | 1413 Tangier Dr | | | Middle River | MD | 21220 | | 5/19/2022 | $ 4,944.54 | Suppliers or Vendors |
| Breakthru Beverage Wisconsin - On Premise, LLC | 1413 Tangier Dr | | | Middle River | MD | 21220 | | 5/31/2022 | $ 1,426.63 | Suppliers or Vendors |
| **Breakthru Beverage Wisconsin - On Premise, LLC Total** | | | | | | | | | **$ 10,438.21** | |
| | | | | | | | | | | |
| Carlson Dash LLC | 216 S Jefferson St, Suite 504 | | | Chicago | IL | 60661 | | 4/1/2022 | $ 123,184.52 | Restructuring Advice |
| Carlson Dash LLC | 216 S Jefferson St, Suite 504 | | | Chicago | IL | 60661 | | 4/7/2022 | $ 60,000.00 | Restructuring Advice |
| Carlson Dash LLC | 216 S Jefferson St, Suite 504 | | | Chicago | IL | 60661 | | 4/7/2022 | $ 65,000.00 | Restructuring Advice |
| Carlson Dash LLC | 216 S Jefferson St, Suite 504 | | | Chicago | IL | 60661 | | 5/20/2022 | $ 4,337.50 | Restructuring Advice |
| Carlson Dash LLC | 216 S Jefferson St, Suite 504 | | | Chicago | IL | 60661 | | 6/8/2022 | $ 120,000.00 | Restructuring Advice |
| **Carlson Dash LLC Total** | | | | | | | | | **$ 372,522.02** | |
| | | | | | | | | | | |
| Coakley Brothers Company | 400 South Fifth Street | | | Milwaukee | WI | 53204 | | 3/18/2022 | $ 23,492.00 | Suppliers or Vendors |
| Coakley Brothers Company | 400 South Fifth Street | | | Milwaukee | WI | 53204 | | 4/28/2022 | $ 6,958.37 | Suppliers or Vendors |
| Coakley Brothers Company | 400 South Fifth Street | | | Milwaukee | WI | 53204 | | 5/20/2022 | $ 3,000.00 | Suppliers or Vendors |
| Coakley Brothers Company | 400 South Fifth Street | | | Milwaukee | WI | 53204 | | 6/8/2022 | $ 3,730.00 | Suppliers or Vendors |
| Coakley Brothers Company | 400 South Fifth Street | | | Milwaukee | WI | 53204 | | 6/8/2022 | $ 3,730.00 | Suppliers or Vendors |
| **Coakley Brothers Company Total** | | | | | | | | | **$ 40,910.37** | |

SOFA 3 ATTACHMENT

Certain payments or transfers to creditors within 90 days before filing this case

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 | Atlanta | GA | 30363 | 6/8/2022 | $ 30,000.00 | Restructuring Advice |
| Customer Direct, LLC | 11872 Westline Insudtrial Drive Suite160 | St. Louis | MO | 63146 | 3/16/2022 | $ 5,188.05 | Suppliers or Vendors |
| Customer Direct, LLC | 11872 Westline Insudtrial Drive Suite160 | St. Louis | MO | 63146 | 5/20/2022 | $ 12,075.84 | Suppliers or Vendors |
| **Customer Direct, LLC Total** | | | | | | **$ 17,263.89** | |
| | | | | | | | |
| DYKEMA GOSSETT PLLC | 10 S Wacker Drive Suite 2300 | Chicago | IL | 60606 | 4/15/2022 | $ 15,000.00 | Restructuring Advice |
| **DYKEMA GOSSETT PLLC  Total** | | | | | | **$ 15,000.00** | |
| | | | | | | | |
| Employers Assurance Company | 10375 Professional Circle | Reno | NV | 89521 | 4/1/2022 | $ 3,959.00 | Services |
| Employers Assurance Company | 10375 Professional Circle | Reno | NV | 89521 | 5/5/2022 | $ 3,959.00 | Services |
| **Employers Assurance Company Total** | | | | | | **$ 7,918.00** | |
| | | | | | | | |
| Estalin Lopez | 7826 W Howard Ave | Milwaukee | WI | 53220 | 3/24/2022 | $ 1,144.50 | Services |
| Estalin Lopez | 7826 W Howard Ave | Milwaukee | WI | 53220 | 4/7/2022 | $ 1,173.97 | Services |
| Estalin Lopez | 7826 W Howard Ave | Milwaukee | WI | 53220 | 4/21/2022 | $ 1,166.20 | Services |
| Estalin Lopez | 7826 W Howard Ave | Milwaukee | WI | 53220 | 5/5/2022 | $ 1,567.18 | Services |
| Estalin Lopez | 7826 W Howard Ave | Milwaukee | WI | 53220 | 5/20/2022 | $ 1,906.48 | Services |
| Estalin Lopez | 7826 W Howard Ave | Milwaukee | WI | 53220 | 6/3/2022 | $ 1,592.50 | Services |
| **Estalin Lopez Total** | | | | | | **$ 8,550.83** | |
| | | | | | | | |
| Event Essentials | 2209 S Stoughton Road | Madison | WI | 53716 | 4/21/2022 | $ 15,811.95 | Suppliers or Vendors |
| **Event Essentials Total** | | | | | | **$ 15,811.95** | |
| | | | | | | | |
| Expedia Group | 1111 Expedia Group Way West | Seattle | WA | 98119 | 3/22/2022 | $ 2,139.51 | Services |
| Expedia Group | 1111 Expedia Group Way West | Seattle | WA | 98119 | 3/24/2022 | $ 5,662.28 | Services |
| Expedia Group | 1111 Expedia Group Way West | Seattle | WA | 98119 | 5/5/2022 | $ 3,144.53 | Services |
| Expedia Group | 1111 Expedia Group Way West | Seattle | WA | 98119 | 5/19/2022 | $ 4,759.99 | Services |
| **Expedia Group Total** | | | | | | **$ 15,706.31** | |
| | | | | | | | |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 4/27/2022 | $ 7,835.35 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 4/28/2022 | $ 7,636.80 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 5/5/2022 | $ 6,215.39 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 5/20/2022 | $ 11,768.24 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| Fortune Wisconsin, LLC | 4350 Duraform Lane | Windsor | WI | 53598 | 6/8/2022 | $ 6,042.27 | Suppliers or Vendors |
| **Fortune Wisconsin, LLC Total** | | | | | | **$ 93,878.48** | |
| | | | | | | | |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 3/18/2022 | $ 776.72 | Suppliers or Vendors |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 5/3/2022 | $ 177.20 | Suppliers or Vendors |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 5/3/2022 | $ 315.36 | Suppliers or Vendors |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 5/17/2022 | $ 159.36 | Suppliers or Vendors |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 5/17/2022 | $ 331.20 | Suppliers or Vendors |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 5/17/2022 | $ 2,338.53 | Suppliers or Vendors |
| General Beverage | PO Box 510203 | New Berlin | WI | 53151-0203 | 5/19/2022 | $ 3,692.22 | Suppliers or Vendors |
| **General Beverage Total** | | | | | | **$ 7,790.59** | |
| | | | | | | | |
| Grove Networks, Inc. | 2103 Coral Way Suite 810 | Miami | FL | 33145 | 3/30/2022 | $ 3,830.00 | Services |
| Grove Networks, Inc. | 2103 Coral Way Suite 810 | Miami | FL | 33145 | 4/28/2022 | $ 131.25 | Services |
| Grove Networks, Inc. | 2103 Coral Way Suite 810 | Miami | FL | 33145 | 5/20/2022 | $ 3,830.00 | Services |
| **Grove Networks, Inc. Total** | | | | | | **$ 7,791.25** | |
| | | | | | | | |
| Guest Supply | 300 Davidson Ave | Sommerset | NJ | 08873 | 3/24/2022 | $ 1,987.86 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | Sommerset | NJ | 08873 | 4/7/2022 | $ 810.36 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | Sommerset | NJ | 08873 | 4/28/2022 | $ 1,648.52 | Suppliers or Vendors |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 | | Atlanta | GA | 30363 | 6/8/2022 | $ | 30,000.00 | Restructuring Advice |
|---|---|---|---|---|---|---|---|---|---|
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 5/5/2022 | $ | 957.18 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 5/20/2022 | $ | 2,934.65 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 6/8/2022 | $ | 3,171.70 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 6/8/2022 | $ | 3,171.70 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 6/8/2022 | $ | 3,171.70 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 6/8/2022 | $ | 3,171.70 | Suppliers or Vendors |
| Guest Supply | 300 Davidson Ave | | Sommerset | NJ | 08873 | 6/8/2022 | $ | 3,171.70 | Suppliers or Vendors |
| **Guest Supply Total** | | | | | | | **$** | **27,368.77** | |
| | | | | | | | | | |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/16/2022 | $ | 93.19 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/16/2022 | $ | 330.98 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/16/2022 | $ | 429.24 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/16/2022 | $ | 792.31 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/16/2022 | $ | 2,962.50 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/16/2022 | $ | 8,684.76 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/21/2022 | $ | 93.19 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/21/2022 | $ | 330.98 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/21/2022 | $ | 429.24 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/21/2022 | $ | 792.31 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/21/2022 | $ | 2,962.50 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 3/21/2022 | $ | 8,684.76 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 400.47 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 968.20 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 2,764.99 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 2,962.50 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 9,692.28 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 13,469.27 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 82,458.32 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/12/2022 | $ | 112,716.03 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/14/2022 | $ | 123,221.38 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 4/14/2022 | $ | 123,221.38 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 5/17/2022 | $ | 0.01 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 5/31/2022 | $ | 467.30 | Services |
| Highgate Destinations Management LP | 870 Seventh Avenue, 2nd Fl | | New York | NY | 10018 | 6/8/2022 | $ | 17,201.56 | Services |
| **Highgate Destinations Management LP Total** | | | | | | | **$** | **516,129.65** | |
| | | | | | | | | | |
| Ideas | 8500 Normandale Lake Blvd | Suite 1200 | Bloomington | MN | 55437 | 5/31/2022 | $ | 8,438.00 | Services |
| **Ideas Total** | | | | | | | **$** | **8,438.00** | |
| | | | | | | | | | |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/11/2022 | $ | 507.31 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/25/2022 | $ | 501.10 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/25/2022 | $ | 501.94 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/25/2022 | $ | 505.84 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/25/2022 | $ | 513.89 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/25/2022 | $ | 517.07 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 3/29/2022 | $ | 501.06 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 4/2/2022 | $ | 501.23 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 4/19/2022 | $ | 1,620.79 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 5/3/2022 | $ | 530.65 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 5/3/2022 | $ | 539.31 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 5/3/2022 | $ | 539.32 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 5/3/2022 | $ | 607.06 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 5/3/2022 | $ | 609.00 | Services |
| Indeed | PO Box 660367 | Mail code 5160 | Dallas | TX | 75266 | 5/25/2022 | $ | 4,754.65 | Services |
| **Indeed Total** | | | | | | | **$** | **13,250.22** | |
| | | | | | | | | | |
| Juan Lopez | 7826 W Howard St | | Milwaukee | WI | 53220 | 3/24/2022 | $ | 1,161.16 | Services |
| Juan Lopez | 7826 W Howard St | | Milwaukee | WI | 53220 | 4/21/2022 | $ | 1,160.31 | Services |
| Juan Lopez | 7826 W Howard St | | Milwaukee | WI | 53220 | 5/5/2022 | $ | 1,927.80 | Services |
| Juan Lopez | 7826 W Howard St | | Milwaukee | WI | 53220 | 5/19/2022 | $ | 1,529.99 | Services |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 | | Atlanta | GA | 30363 | 6/8/2022 | $ | 30,000.00 | Restructuring Advice |
| Juan Lopez | 7826 W Howard St | | Milwaukee | WI | 53220 | 5/20/2022 | $ | 2,159.43 | Services |
| Juan Lopez | 7826 W Howard St | | Milwaukee | WI | 53220 | 6/3/2022 | $ | 1,405.64 | Services |
| **Juan Lopez Total** | | | | | | | **$** | **9,344.33** | |
| | | | | | | | | | |
| Just Mechanical | 16200 W Glendale Dr | | New Berlin | WI | 53151 | 6/8/2022 | $ | 6,260.12 | Services |
| Just Mechanical | 16200 W Glendale Dr | | New Berlin | WI | 53151 | 6/8/2022 | $ | 6,260.12 | Services |
| **Just Mechanical Total** | | | | | | | **$** | **12,520.24** | |
| | | | | | | | | | |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 3/11/2022 | $ | 5,874.14 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 3/24/2022 | $ | 628.77 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 4/7/2022 | $ | 679.75 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 4/15/2022 | $ | 834.39 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 4/28/2022 | $ | 876.97 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 5/13/2022 | $ | 804.19 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 5/20/2022 | $ | 329.95 | Services |
| Louie Spetrini | 500 West Florida St | | Milwaukee | WI | 53204 | 6/3/2022 | $ | 648.02 | Services |
| **Louie Spetrini Total** | | | | | | | **$** | **10,676.18** | |
| | | | | | | | | | |
| Majic Productions, Inc. | N16 W23120 Stone Ridge Drive | | Waukesha | WI | 53188 | 4/21/2022 | $ | 9,750.00 | Services |
| Majic Productions, Inc. | N16 W23120 Stone Ridge Drive | | Waukesha | WI | 53188 | 5/5/2022 | $ | 9,750.00 | Services |
| **Majic Productions, Inc. Total** | | | | | | | **$** | **19,500.00** | |
| | | | | | | | | | |
| Milwaukee, City of | 841 N Broadway Room 105 | | Milwaukee | WI | 53202 | 5/5/2022 | $ | 66,191.46 | Other |
| **Milwaukee, City of Total** | | | | | | | **$** | **66,191.46** | |
| | | | | | | | | | |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 3/16/2022 | $ | 3,807.00 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 3/30/2022 | $ | 1,512.00 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 4/7/2022 | $ | 1,512.00 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 4/28/2022 | $ | 621.00 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 5/20/2022 | $ | 1,269.00 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 6/8/2022 | $ | 1,829.25 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 6/8/2022 | $ | 1,829.25 | Services |
| Per Mar Security Services | 1910 E Kimberly Rd | | Davenport | IA | 52807 | 6/8/2022 | $ | 1,829.25 | Services |
| **Per Mar Security Services Total** | | | | | | | **$** | **14,208.75** | |
| | | | | | | | | | |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 3/30/2022 | $ | 2,685.20 | Services |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 4/7/2022 | $ | 537.04 | Services |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 4/21/2022 | $ | 4,500.00 | Services |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 4/28/2022 | $ | 1,342.60 | Services |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 5/20/2022 | $ | 863.10 | Services |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 6/3/2022 | $ | 1,115.59 | Services |
| Robert Half | 12400 Collections Center Dr | | Chicago | IL | 60693 | 6/3/2022 | $ | 1,115.59 | Services |
| **Robert Half Total** | | | | | | | **$** | **12,159.12** | |
| | | | | | | | | | |
| Saul Ewing Arnstein And Lehr LLP | 161 North Clark Street, Suite 4200 | | Chicago | IL | 60601 | 6/8/2022 | $ | 150,000.00 | Restructuring Advice |
| **Saul Ewing Arnstein And Lehr LLP Total** | | | | | | | **$** | **150,000.00** | |
| | | | | | | | | | |
| Sceptre Hospitality Resources, LLC | PO Box 4356 | Dept 1936 | Houston | TX | 77210-4356 | 3/16/2022 | $ | 3,143.15 | Services |
| Sceptre Hospitality Resources, LLC | PO Box 4356 | Dept 1936 | Houston | TX | 77210-4356 | 4/28/2022 | $ | 2,790.80 | Services |
| Sceptre Hospitality Resources, LLC | PO Box 4356 | Dept 1936 | Houston | TX | 77210-4356 | 5/20/2022 | $ | 3,806.17 | Services |
| **Sceptre Hospitality Resources, LLC Total** | | | | | | | **$** | **9,740.12** | |
| | | | | | | | | | |
| SOSH | 10936 N Port Washington Rd Unit #237 | | Mequon | WI | 53092 | 3/23/2022 | $ | 4,315.00 | Services |
| SOSH | 10936 N Port Washington Rd Unit #237 | | Mequon | WI | 53092 | 3/30/2022 | $ | 4,315.00 | Services |
| SOSH | 10936 N Port Washington Rd Unit #237 | | Mequon | WI | 53092 | 5/20/2022 | $ | 5,320.00 | Services |
| **SOSH Total** | | | | | | | **$** | **13,950.00** | |
| | | | | | | | | | |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | | Jackson | WI | 53037 | 3/16/2022 | $ | 1,269.76 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | | Jackson | WI | 53037 | 3/24/2022 | $ | 736.23 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | | Jackson | WI | 53037 | 4/5/2022 | $ | 4,576.05 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | | Jackson | WI | 53037 | 4/7/2022 | $ | 1,573.31 | Suppliers or Vendors |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 | Atlanta | GA | 30363 | 6/8/2022 | $ | 30,000.00 | Restructuring Advice |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 4/28/2022 | $ | 8,848.64 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 5/5/2022 | $ | 208.32 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 5/20/2022 | $ | 10,127.94 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 6/8/2022 | $ | 3,822.29 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 6/8/2022 | $ | 3,822.29 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 6/8/2022 | $ | 3,822.29 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 6/8/2022 | $ | 3,822.29 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 6/8/2022 | $ | 3,822.29 | Suppliers or Vendors |
| Sysco Eastern Wisconsin LLC | One Sysco Drive | Jackson | WI | 53037 | 6/8/2022 | $ | 3,822.29 | Suppliers or Vendors |
| **Sysco Eastern Wisconsin LLC Total** | | | | | | **$** | **50,273.99** | |
| Towne Park, LLC | 450 Plymouth Road Suite 300 | Plymouth Meeting | PA | 19462 | 3/24/2022 | $ | 9,032.20 | Suppliers or Vendors |
| Towne Park, LLC | 450 Plymouth Road Suite 300 | Plymouth Meeting | PA | 19462 | 4/28/2022 | $ | 8,544.20 | Suppliers or Vendors |
| Towne Park, LLC | 450 Plymouth Road Suite 300 | Plymouth Meeting | PA | 19462 | 5/5/2022 | $ | 12,986.00 | Suppliers or Vendors |
| Towne Park, LLC | 450 Plymouth Road Suite 300 | Plymouth Meeting | PA | 19462 | 5/20/2022 | $ | 8,711.00 | Suppliers or Vendors |
| Towne Park, LLC | 450 Plymouth Road Suite 300 | Plymouth Meeting | PA | 19462 | 5/31/2022 | $ | 6,493.00 | Suppliers or Vendors |
| **Towne Park, LLC Total** | | | | | | **$** | **45,766.40** | |
| Travel Tripper, LLC | PO Box 780699 | Philadelphia | PA | 19178-0699 | 3/16/2022 | $ | 8,812.95 | Services |
| Travel Tripper, LLC | PO Box 780699 | Philadelphia | PA | 19178-0699 | 3/24/2022 | $ | 6,515.90 | Services |
| Travel Tripper, LLC | PO Box 780699 | Philadelphia | PA | 19178-0699 | 4/7/2022 | $ | 13,031.80 | Services |
| Travel Tripper, LLC | PO Box 780699 | Philadelphia | PA | 19178-0699 | 4/28/2022 | $ | 190.00 | Services |
| Travel Tripper, LLC | PO Box 780699 | Philadelphia | PA | 19178-0699 | 5/5/2022 | $ | 1,790.00 | Services |
| Travel Tripper, LLC | PO Box 780699 | Philadelphia | PA | 19178-0699 | 5/20/2022 | $ | 1,790.00 | Services |
| **Travel Tripper, LLC Total** | | | | | | **$** | **32,130.65** | |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 3/16/2022 | $ | 70.80 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 3/24/2022 | $ | 271.97 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 4/5/2022 | $ | 238.14 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 4/6/2022 | $ | 484.60 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 4/13/2022 | $ | 260.24 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 4/20/2022 | $ | 346.30 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 4/27/2022 | $ | 347.57 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 5/4/2022 | $ | 323.06 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 5/12/2022 | $ | 562.82 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 5/20/2022 | $ | 401.65 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/3/2022 | $ | 489.46 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/3/2022 | $ | 489.46 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/3/2022 | $ | 489.46 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/3/2022 | $ | 489.46 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/8/2022 | $ | 1,202.37 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/8/2022 | $ | 1,202.37 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/8/2022 | $ | 1,202.37 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/8/2022 | $ | 1,202.37 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/8/2022 | $ | 1,202.37 | Suppliers or Vendors |
| Turano Baking Company | 6501 West Roosevelt Road | Berwyn | IL | 60402 | 6/8/2022 | $ | 1,202.37 | Suppliers or Vendors |
| **Turano Baking Company Total** | | | | | | **$** | **12,479.21** | |
| United Healthcare Services Inc | 1209 Orange Street | Wilmington | DE | 19801 | 4/15/2022 | $ | 66,725.00 | Services |
| **United Healthcare Services Inc Total** | | | | | | **$** | **66,725.00** | |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 3/16/2022 | $ | 1,692.35 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 3/24/2022 | $ | 1,331.29 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 3/30/2022 | $ | 1,580.76 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 4/6/2022 | $ | 1,865.84 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 4/13/2022 | $ | 2,390.55 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 4/20/2022 | $ | 1,720.34 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 4/27/2022 | $ | 1,928.55 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 5/4/2022 | $ | 2,914.31 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 5/12/2022 | $ | 2,445.29 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | 5/18/2022 | $ | 1,692.75 | Suppliers or Vendors |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 | Atlanta | GA | 30363 | | 6/8/2022 | $ | 30,000.00 | Restructuring Advice |
|---|---|---|---|---|---|---|---|---|---|
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/3/2022 | $ | 3,628.79 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| VMarchese, Inc. | 600 S Jake Marchese Way | Milwaukee | WI | 53204 | | 6/8/2022 | $ | 3,224.02 | Suppliers or Vendors |
| **VMarchese, Inc. Total** | | | | | | | **$** | **91,314.15** | |
| We Energies | PO Box 6042 | Carol Stream | IL | 60197 | | 3/16/2022 | $ | 20,872.32 | Suppliers or Vendors |
| We Energies | PO Box 6042 | Carol Stream | IL | 60197 | | 4/22/2022 | $ | 18,801.02 | Suppliers or Vendors |
| We Energies | PO Box 6042 | Carol Stream | IL | 60197 | | 5/31/2022 | $ | 17,062.83 | Suppliers or Vendors |
| **We Energies Total** | | | | | | | **$** | **56,736.17** | |
| Wegner CPAs, LLP | 2921 Landmark Pl, Suite 300 | Madison | WI | 53713 | | 4/13/2022 | $ | 44,702.41 | Services |
| Wegner CPAs, LLP | 2921 Landmark Pl, Suite 300 | Madison | WI | 53713 | | 6/9/2022 | $ | 56,735.68 | Services |
| **Wegner CPAs, LLP Total** | | | | | | | **$** | **101,438.09** | |
| Wells Fargo | PO Box 60253 | Charlotte | NC | 28260-0253 | | 4/15/2022 | $ | 100,000.00 | Services |
| **Wells Fargo Total** | | | | | | | **$** | **100,000.00** | |
| **Grand Total** | | | | | | | | **$2,318,294.12** | |

In re: Rider Hotel, LLC
Case No. 22-10522 (JTD)

**Fill in this information to identify the case:**

Debtor name: Rider Hotel, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 22-10522

☐ Check if this is an amended filing

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
07/15/2022

/s/ Tim Dixon                                                            Tim Dixon

Signature of individual signing on behalf of debtor                      Printed name

General Manager

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes