

**Claims Register as of 01/10/2023**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Amount Class | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | A1 Services, Inc | Attn: Robert M. Woods | 7373 S 6th St | | Oak Creek | WI | 53154 | 12/21/2022 | Admin Priority | $322.52 | | | | $322.52 |
| 12 | Aggie's Bakery and Cake Shop | Attn: Rachel Schmidbauer | 7328 West Greenfield Avenue | | West Allis | WI | 53214 | 12/27/2022 | Admin Priority | $205.50 | | | | $205.50 |
| 6 | Clark Hill PLC | | 500 Woodward Avenue, Suite 3500 | | Detroit | MI | 48226 | 09/12/2022 | Admin Priority | $38,887.15 | | | | $38,887.15 |
| 1 | Customer Direct, LLC | Attn: Gina O'Connor | 11872 Westline Industrial Drive | Suite 160 | St. Louis | MO | 63146 | 08/17/2022 | Admin Priority | $5,187.70 | | | | $5,187.70 |
| 10 | Digi Mac Solution, Inc | | 9800-D Topanga Canyon Blvd | # 7 | Chatsworth | CA | 91311 | 11/28/2022 | Admin Priority | $1,242.25 | | | | $1,242.25 |
| 2 | Global Water Technology [Lakeland Chemical Specialties Inc] | Attn: Stephanie Barnes | 354 West Armory Drive | | South Holland | IL | 60473 | 08/25/2022 | Admin Priority | $195.52 | | | | $195.52 |
| 7 | Helm Service | Attn: Tara Burris, Michele Heck and Dale Thomas | 2279 Yellow Creek Rd | | Freeport | IL | 61063 | 09/26/2022 | Admin Priority | $1,228.00 | | | | $1,228.00 |
| 9 | Milwaukee Draft Works LLC | Attn: Kent Rosenthal | 2912 B. 84th Street | | Milwaukee | WI | 53222 | 10/21/2022 | Admin Priority | $1,395.24 | | | | $1,395.24 |
| 5 | Paul J. Haussman d/b/a Light Ideas [Marie L. Haussman] | | 4203 Nagawicka Rd | | Hartland | WI | 53029 | 09/01/2022 | Admin Priority | $675.84 | | | | $675.84 |
| 4 | Sonifi Solutions, Inc. | Attn: Stephen J. Guzzetta, Esq. | 3900 West Innovation St | | Sioux Falls | SD | 57107 | 08/29/2022 | Admin Priority | $655.48 | | | | $655.48 |
| 3 | Sysco Corp. | Attn: Jack Lundstedt | 655 Buttercup Trce | | Johns Creek | GA | 30022 | 08/29/2022 | Admin Priority | $11,618.98 | | | | $11,618.98 |
| 8 | Wisconsin Backflow Testing | Attn: Dan Draheim | N614 Greendale Rd. | | Hortonville | WI | 54944 | 10/10/2022 | Admin Priority | $827.75 | | | | $827.75 |



**Claims Register as of 01/10/2023**
Sorted by Claim No.

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Amount Class | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Customer Direct, LLC | Attn: Gina O'Connor | 11872 Westline Industrial Drive | Suite 160 | St. Louis | MO | 63146 | 08/17/2022 | Admin Priority | $5,187.70 | | | | $5,187.70 |
| 2 | Global Water Technology [Lakeland Chemical Specialties Inc] | Attn: Stephanie Barnes | 354 West Armory Drive | | South Holland | IL | 60473 | 08/25/2022 | Admin Priority | $195.52 | | | | $195.52 |
| 3 | Sysco Corp. | Attn: Jack Lundstedt | 655 Buttercup Trce | | Johns Creek | GA | 30022 | 08/29/2022 | Admin Priority | $11,618.98 | | | | $11,618.98 |
| 4 | Sonifi Solutions, Inc. | Attn: Stephen J. Guzzetta, Esq. | 3900 West Innovation St | | Sioux Falls | SD | 57107 | 08/29/2022 | Admin Priority | $655.48 | | | | $655.48 |
| 5 | Paul J. Haussman d/b/a Light Ideas [Marie L. Haussman] | | 4203 Nagawicka Rd | | Hartland | WI | 53029 | 09/01/2022 | Admin Priority | $675.84 | | | | $675.84 |
| 6 | Clark Hill PLC | | 500 Woodward Avenue, Suite 3500 | | Detroit | MI | 48226 | 09/12/2022 | Admin Priority | $38,887.15 | | | | $38,887.15 |
| 7 | Helm Service | Attn: Tara Burris, Michele Heck and Dale Thomas | 2279 Yellow Creek Rd | | Freeport | IL | 61063 | 09/26/2022 | Admin Priority | $1,228.00 | | | | $1,228.00 |
| 8 | Wisconsin Backflow Testing | Attn: Dan Draheim | N614 Greendale Rd. | | Hortonville | WI | 54944 | 10/10/2022 | Admin Priority | $827.75 | | | | $827.75 |
| 9 | Milwaukee Draft Works LLC | Attn: Kent Rosenthal | 2912 B. 84th Street | | Milwaukee | WI | 53222 | 10/21/2022 | Admin Priority | $1,395.24 | | | | $1,395.24 |
| 10 | Digi Mac Solution, Inc | | 9800-D Topanga Canyon Blvd | # 7 | Chatsworth | CA | 91311 | 11/28/2022 | Admin Priority | $1,242.25 | | | | $1,242.25 |
| 11 | A1 Services, Inc | Attn: Robert M. Woods | 7373 S 6th St | | Oak Creek | WI | 53154 | 12/21/2022 | Admin Priority | $322.52 | | | | $322.52 |
| 12 | Aggie's Bakery and Cake Shop | Attn: Rachel Schmidbauer | 7328 West Greenfield Avenue | | West Allis | WI | 53214 | 12/27/2022 | Admin Priority | $205.50 | | | | $205.50 |