### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| RIDER HOTEL, LLC,[1] | : | Case No: 22-10522 (JTD) |
| | : | |
| Debtor. | : | Objection Deadline: February 2, 2023 @ |
| | : | 4:00 p.m |
| | : | Hearing Date: February 28, 2023 @ 11:00 |
| | : | a.m. |

**LIMITED OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(b)(9) CLAIMS, AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Florida Lofts, LLC ("**Florida Lofts**") objects on a limited basis to the Debtor's motion to set a bar date for the filing of proofs of claim filed as ECF 261 (the "**Motion**"), and requests that the Court deny the exclusion of holders of equity interests from filing a proof of interest under paragraph 10(g) of the Motion. If this exclusion is deleted, Florida Lofts will withdraw this limited objection. In limited opposition to the Motion, Florida Lofts states:

**Jurisdictional Issues**

1.      Florida Lofts agrees this Court has subject matter jurisdiction, venue is proper and this is a core proceeding, and consents to this Court entering a final order if consent is necessary.

---

[1] The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

123110527-2

**Relevant Factual Background**

2.       In the current Motion, the Debtor seeks an order establishing a bar date for the filing of proofs of claim. Florida Lofts agrees that the Court should enter such an order. A bar date is necessary for any plan of reorganization to be confirmed.

3.       As set forth in Florida Lofts' objection to the second motion of the Debtor seeking an extension of the exclusive periods to file a plan of reorganization and obtain acceptance of it [ECF 255], Florida Lofts "intends to file a proposed plan which would result in it owning the Debtor or its business." (Objection, ¶ 28.) Florida Lofts therefore supports the establishment of a bar date for the filing of proofs of claim. However, it needs to know all the claims and interests. Excluding proofs of interest put Florida Lofts at a disadvantage in proposing a plan. It will not know the universe of interests that must be addressed in a proposed plan.

**Basis for Objection**

4.       Fed. R. Bankr. P. 3003(c)(3) provides that "the court shall fix  … the time within which proofs of claim or interest may be filed." The Bankruptcy Code, Bankruptcy Rules and Local Rules do not specify a time by which proofs of claim or interests must be filed in chapter 11 cases. They leave the fixing of the time up to the discretion of the Court.

5.       In order for Florida Lofts to be able to formulate a creditor plan, it needs information on the universe of claims against and interests in the Debtor. For this reason, Florida Lofts objects to excluding interest holders from filing proofs of interest as requested in paragraph 10(g) of the Motion.

123110527-2

6.      Removing the exclusion in paragraph 10(g) of the proposed Order and requiring equity interest holders to file proofs of interest will result in Florida Lofts withdrawing this objection to the Motion.

**Conclusion**

For these reasons, Florida Lofts requests that the Court deny the Motion to the extent that it excludes any holder of an equity interest in the Debtor from filing a proof of interest as requested in paragraph 10(g) of the Motion.

Dated:  February 2, 2023                    /s/ Martin J. Weis
        Wilmington, Delaware                    Martin J. Weis (No. 4333)
                                                    Dilworth Paxson LLP
                                                    704 N. King Street, Suite 500
                                                    PO Box 1031
                                                    Wilmington, DE  19899-1031
                                                    Phone: (302) 571-9800
                                                    Email: mweis@dilworthlaw.com

                                                    and

                                                    Jerome R. Kerkman (Wis. No. 1005832)
                                                    Kerkman & Dunn
                                                    839 N. Jefferson St., Suite 400
                                                    Milwaukee, WI  53202-3744
                                                    Phone: (414) 277-8200
                                                    Email: jkerkman@kerkmandunn.com

                                                    Attorneys for Florida Lofts, LLC

3