## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RIDER HOTEL, LLC, | : | Case No: 22-10522 (JTD) |
|  | : |  |
| Debtor. | : |  |

## RESPONDENT FLORIDA LOFTS, LLC'S EXHIBIT LIST FOR
## FEBRUARY 28, 2023 11:00 A.M. HEARING

Florida Lofts, LLC provides the exhibit list below for the February 28, 2023 hearing on the

Motion of the Debtor for Entry of an Order Further Extending the Debtor's Exclusive Periods to

File a Chapter 11 Plan and Solicit Votes Thereon [D.I. 245]:

1.      All exhibits filed or offered by the debtor-movant, Rider Hotel, LLC.

2.      Exhibits for impeachment or rebuttal.

3.      Any pleadings filed in this chapter 11 case.

4.      The following exhibits:

| Exhibit | Description |
|---|---|
| 10 | Selected pages from https://hovdeproperties.com as of 2/22/23 |
| 11 | Selected pages from https://h-bancorp.com as of 2/22/23 |
| 12 | [Reserved] |
| 13 | Motion of the Debtor for Entry of an Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon [D.I. 162] |
| 14 | Motion of the Debtor for Entry of an Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon [D.I. 245] |

Dated: February 24, 2023          /s/ Martin J. Weis
                                  Martin J. Weis (No. 4333)
                                  Dilworth Paxson LLP
                                  704 N. King Street, Suite 500
                                  PO Box 1031

123143798-2

Wilmington, DE  19899-1031
Phone: (302) 571-9800
Email: mweis@dilworthlaw.com

and

Jerome R. Kerkman (Wis. No. 1005832)
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI  53202-3744
Phone: (414) 277-8200
Email: jkerkman@kerkmandunn.com

Attorneys for Florida Lofts LLC

123143798-2