**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RIDER HOTEL, LLC,[1] | ) Case No. 22-10522 (JTD) |
| | ) |
|         Debtor. | ) **Objection Deadline: March 31, 2023 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: April 25, 2023 at 1:00 p.m. (ET)** |

**NOTICE OF SECOND INTERIM FEE**
**APPLICATION OF SAUL EWING LLP**

      **PLEASE TAKE NOTICE** that on March 10, 2023, the *Second Interim Fee Application of Saul Ewing LLP* ("**Saul Ewing**"), *Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2022 through November 30, 2022* (the "**Fee Application**") was filed with the Court. The Fee Application seeks the approval of payment for professional services rendered as co-counsel to the Debtor in the amount of $50,919.00.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 85] (the "**Interim Compensation Order**") and must be filed with the Clerk of the Bankruptcy Court and be served upon (i) the Office of the United States Trustee, J. Caleb Boggs Federal Building, Room 2207, 844 North King Street, Wilmington, DE 19801, Attn: John Schanne, Esq.; (ii) the Debtor, W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011, Attn: Timothy J. Dixon, President; (iii) counsel to the Debtor, (a) Carlson Dash, LLC, 10411 Corporate Drive, Suite 100, Pleasant Prairie, WI 53158, Attn: Kurt M. Carlson, Esq., and (b) Saul Ewing LLP, 1201 North Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266, Attn: Monique B. DiSabatino, Esq.; (iv) counsel to RSS GSMS2015-GC28-WI RH, LLC, (a) Dykema Gossett PLLC, 10 South Wacker Drive, Suite 2300, Chicago, IL 60606, Attn: Mark A. Silverman, Esq. and (b) Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE, Attn: Kevin J. Mangan, Esq., so as to be received by no later than **March 31, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

      PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Fee Application will be held on **April 25, 2023 at 1:00 p.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.

---

[1]     The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011

     **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 10, 2023                      **SAUL EWING LLP**

                                            By:     */s/ Monique B. DiSabatino*
                                                      Mark Minuti (DE Bar No. 2659)
                                                      Monique B. DiSabatino (DE Bar No. 6027)
                                                      1201 N. Market Street, Suite 2300
                                                      P.O. Box 1266
                                                      Wilmington, DE 19899
                                                      Telephone: (302) 421-6800
                                                      mark.minuti@saul.com
                                                      monique.disabatino@saul.com

                                                                      -and-

                                                      Barry A. Chatz
                                                      Michael L. Gesas
                                                      161 North Clark Street, Suite 4200
                                                      Chicago, IL 60601
                                                      Telephone: (312) 876-7100
                                                      barry.chatz@saul.com
                                                      michael.gesas@saul.com

                                                      *Co-Counsel for Debtor and Debtor in Possession*