IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RIDER HOTEL, LLC,[1] | ) Case No. 22-10522 (JTD) |
| | ) |
| Debtor. | ) |

NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 26, 2023
AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE JOHN T. DORSEY, U.S. BANKRUPTCY COURT JUDGE[2]

**THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT**

**RESOLVED MATTER:**

1. Fourth Motion of the Debtor for Entry of an Order Further Extending the Time Period Within Which the Debtor May Remove Actions [Docket No. 463; filed: 08/31/23]

   Response Deadline:    September 14, 2023 at 4:00 p.m.

   Responses Received:   None

   Related Documents:

   A.   Certification of No Objection [Docket No. 480; filed: 09/15/23]

   B.   Order Further Extending the Time Period Within Which the Debtor May Remove Actions [Docket No. 482; filed: 09/18/23]

   Status:   On September 18, 2023, the Court entered an order approving this motion.

**FEE APPLICATIONS:**

2. Certification of Counsel Regarding Proposed Omnibus Order Approving Third Interim Fee Applications of the Debtor's Professionals [Docket No. 481; filed: 09/18/23]

   Response Deadline:    See index of the fee applications attached as Exhibit A.

---

[1]  The last four digits of the Debtor's tax identification number are 2426.  The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011.

[2]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

Responses Received:  None

Related Documents:  None

Status:   On September 18, 2023, the Debtor filed a certification of counsel submitting a proposed omnibus order.  The Court has advised that no hearing will be necessary on the interim fee applications. The Court will contact counsel if there are any issues with the interim fee applications.

Dated: September 18, 2023

**SAUL EWING LLP**

By:   */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Barry A. Chatz (admitted *pro hac vice*)
Michael L. Gesas (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
barry.chatz@saul.com
michael.gesas@saul.com

-and-

**CARLSON DASH, LLC**
Kurt M. Carlson (admitted *pro hac vice*)
Martin J. Wasserman (admitted *pro hac vice*)
C. Douglas Moran (admitted *pro hac vice*)
10411 Corporate Dr., Suite 100
Pleasant Prairie, WI 53158
Telephone: 262-857-1600
kcarlson@carlsondash.com
mwasserman@carlsondash.com
cdmoran@carlsondash.com

*Counsel for Rider Hotel, LLC*

# EXHIBIT A

### DEBTOR'S PROFESSIONALS

**I.  CARLSON DASH, LLC (Counsel to Debtor)**

Third Interim Fee Application of Carlson Dash, LLC, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through February 28, 2023 [Docket No. 429; filed: 08/10/23]

    i.    Certification of No Objection for Third Interim Fee Application of Carlson Dash, LLC [Docket No. 464; filed: 09/05/23]

Related Documents:

    A.    Seventh Monthly Fee Application of Carlson Dash, LLC, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 [Docket No. 269; filed: 01/25/23]

        i.    Certification of No Objection for Seventh Monthly Fee Application of Carlson Dash, LLC [Docket No. 283; filed: 02/16/23]

    B.    Eighth Monthly Fee Application of Carlson Dash, LLC, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 289; filed: 02/23/23]

        i.    Certification of No Objection for Eighth Monthly Fee Application of Carlson Dash, LLC [Docket No. 322; filed: 03/17/23]

    C.    Ninth Monthly Fee Application of Carlson Dash, LLC, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 328; filed: 03/23/23]

        i.    Certification of No Objection for Ninth Monthly Fee Application of Carlson Dash, LLC [Docket No. 347; filed: 04/14/23]

**II.  SAUL EWING LLP (Co--Counsel to Debtor)**

Third Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through February 28, 2023 [Docket No. 422; filed: 08/03/23]

    i.    Certification of No Objection for Third Interim Fee Application of Saul Ewing LLP [Docket No. 458; filed: 08/25/23]

Related Documents:

A. Seventh Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 [Docket No. 263; filed: 01/20/23]

   i. Certification of No Objection for Seventh Monthly Fee Application of Saul Ewing LLP [Docket No. 276; filed: 02/13/23]

B. Eighth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 286; filed: 02/21/23]

   i. Certification of No Objection for Eighth Monthly Fee Application of Saul Ewing LLP [Docket No. 319; filed: 03/15/23]

C. Ninth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 323; filed: 03/20/23]

   i. Certification of No Objection for Ninth Monthly Fee Application of Saul Ewing LLP [Docket No. 345; filed: 04/11/23]

III. **GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES (Financial Advisor to Debtor)**

Third Interim Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through February 28, 2023 [Docket No. 425; filed: 08/08/23]

i. Certification of No Objection for Third Interim Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services [Docket No. 462; filed: 08/30/23]

Related Documents:

A. Seventh Monthly Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 [Docket No. 264; filed: 01/20/23]

   i. Certification of No Objection for Seventh Monthly Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services [Docket No. 277; filed: 02/13/23]

B.     Eighth Monthly Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 287; filed: 02/21/23]

       i.     Certification of No Objection for Eighth Monthly Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services [Docket No. 320; filed: 03/15/23]

C.     Ninth Monthly Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, Financial Advisor to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 326; filed: 03/21/23]

       i.     Certification of No Objection for Ninth Monthly Fee Application of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services [Docket No. 346; filed: 04/12/23]