

## Final Claims Register
Sorted Alphabetically

| Schedule Number | Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Current Amount | Unliquidated Portion? | Current Admin Priority Claim Amount | Current Secured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11 | 12/21/2022 | Rider Hotel, LLC | 22-10522 | A1 Services, Inc | $322.52 | FALSE | | | | $322.52 |
| | 17 | 03/07/2023 | Rider Hotel, LLC | 22-10522 | A1 Services, Inc | $322.52 | FALSE | | | | $322.52 |
| | 12 | 12/27/2022 | Rider Hotel, LLC | 22-10522 | Aggie's Bakery and Cake Shop | $205.50 | FALSE | | | | $205.50 |
| | 14 | 02/23/2023 | Rider Hotel, LLC | 22-10522 | Aggie's Bakery and Cake Shop | $119.40 | FALSE | | | | $119.40 |
| | 15 | 02/26/2023 | Rider Hotel, LLC | 22-10522 | Cade Law Group LLC | $113,257.83 | FALSE | | | | $113,257.83 |
| | 6 | 09/12/2022 | Rider Hotel, LLC | 22-10522 | Clark Hill PLC | $38,887.15 | FALSE | | | | $38,887.15 |
| | 1 | 08/17/2022 | Rider Hotel, LLC | 22-10522 | Customer Direct, LLC | $5,187.70 | FALSE | | | | $5,187.70 |
| | 10 | 11/28/2022 | Rider Hotel, LLC | 22-10522 | Digi Mac Solution, Inc | $1,242.25 | FALSE | | | | $1,242.25 |
| | 28 | 05/12/2023 | Rider Hotel, LLC | 22-10522 | Digi Mac Solution, Inc | $1,242.25 | FALSE | | | | $1,242.25 |
| | 22 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Dixon Development, LLC | $0.00 | TRUE | | | | Unliquidated |
| | 2 | 08/25/2022 | Rider Hotel, LLC | 22-10522 | Global Water Technology [Lakeland Chemical Specialties Inc] | $195.52 | FALSE | | | | $195.52 |
| | 7 | 09/26/2022 | Rider Hotel, LLC | 22-10522 | Helm Service | $1,228.00 | FALSE | | | | $1,228.00 |
| 2407644 | 27 | 04/13/2023 | Rider Hotel, LLC | 22-10522 | John Brister | $0.00 | TRUE | | | | Blank |
| 2407659 | 26 | 04/10/2023 | Rider Hotel, LLC | 22-10522 | John Brister JR | $0.00 | TRUE | | | | Blank |
| | 20 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Michael Weiss | $67,954.45 | TRUE | | | | 67954.45 unliquidated |
| | 9 | 10/21/2022 | Rider Hotel, LLC | 22-10522 | Milwaukee Draft Works LLC | $1,395.24 | FALSE | | | | $1,395.24 |
| | 19 | 03/28/2023 | Rider Hotel, LLC | 22-10522 | Oracle America, Inc. SII to MICROS Systems, Inc. and Nor1 ("Oracle") | $4,762.49 | FALSE | | | | $4,762.49 |
| | 23 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | P.A. Management LLC | $128,271.00 | TRUE | | | | 128271 +Unliquidated |
| | 13 | 01/30/2023 | Rider Hotel, LLC | 22-10522 | Palo Foods, Inc. [Palo Popcorn] | $339.60 | FALSE | | | | $339.60 |
| | 16 | 03/07/2023 | Rider Hotel, LLC | 22-10522 | Paul J. Haussman d/b/a Light Ideas [Marie L. Haussman] | $675.84 | FALSE | | | | $675.84 |
| | 5 | 09/01/2022 | Rider Hotel, LLC | 22-10522 | Paul J. Haussman d/b/a Light Ideas [Marie L. Haussman] | $675.84 | FALSE | | | | $675.84 |
| | 24 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Rider Hotel Mezzanine LLC | $183,294.00 | TRUE | | | | 183294 unliquidated |
| | 18 | 03/27/2023 | Rider Hotel, LLC | 22-10522 | RSS GSMS2015-GC28-WI RH, LLC | $24,060,760.27 | TRUE | | 24060760.27 plus undetermined amounts | | undetermined |
| | 4 | 08/29/2022 | Rider Hotel, LLC | 22-10522 | Sonifi Solutions, Inc. | $655.48 | FALSE | | | | $655.48 |
| 2407721 | 25 | 04/10/2023 | Rider Hotel, LLC | 22-10522 | Stefon Brister | $0.00 | TRUE | | | | Blank |
| | 3 | 08/29/2022 | Rider Hotel, LLC | 22-10522 | Sysco Corp. | $11,618.98 | FALSE | | | | $11,618.98 |
| | 21 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Timothy Dixon | $0.00 | TRUE | | | | Unliquidated |
| | 8 | 10/10/2022 | Rider Hotel, LLC | 22-10522 | Wisconsin Backflow Testing LLC | $827.75 | FALSE | | | | $827.75 |



**Final Claims Register**
Sorted by Claim Number

| Schedule Number | Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Current Amount | Unliquidated Portion? | Current Admin Priority Claim Amount | Current Secured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 08/17/2022 | Rider Hotel, LLC | 22-10522 | Customer Direct, LLC | $5,187.70 | FALSE | | | | $5,187.70 |
| | 2 | 08/25/2022 | Rider Hotel, LLC | 22-10522 | Global Water Technology [Lakeland Chemical Specialties Inc] | $195.52 | FALSE | | | | $195.52 |
| | 3 | 08/29/2022 | Rider Hotel, LLC | 22-10522 | Sysco Corp. | $11,618.98 | FALSE | | | | $11,618.98 |
| | 4 | 08/29/2022 | Rider Hotel, LLC | 22-10522 | Sonifi Solutions, Inc. | $655.48 | FALSE | | | | $655.48 |
| | 5 | 09/01/2022 | Rider Hotel, LLC | 22-10522 | Paul J. Haussman d/b/a Light Ideas [Marie L. Haussman] | $675.84 | FALSE | | | | $675.84 |
| | 6 | 09/12/2022 | Rider Hotel, LLC | 22-10522 | Clark Hill PLC | $38,887.15 | FALSE | | | | $38,887.15 |
| | 7 | 09/26/2022 | Rider Hotel, LLC | 22-10522 | Helm Service | $1,228.00 | FALSE | | | | $1,228.00 |
| | 8 | 10/10/2022 | Rider Hotel, LLC | 22-10522 | Wisconsin Backflow Testing LLC | $827.75 | FALSE | | | | $827.75 |
| | 9 | 10/21/2022 | Rider Hotel, LLC | 22-10522 | Milwaukee Draft Works LLC | $1,395.24 | FALSE | | | | $1,395.24 |
| | 10 | 11/28/2022 | Rider Hotel, LLC | 22-10522 | Digi Mac Solution, Inc | $1,242.25 | FALSE | | | | $1,242.25 |
| | 11 | 12/21/2022 | Rider Hotel, LLC | 22-10522 | A1 Services, Inc | $322.52 | FALSE | | | | $322.52 |
| | 12 | 12/27/2022 | Rider Hotel, LLC | 22-10522 | Aggie's Bakery and Cake Shop | $205.50 | FALSE | | | | $205.50 |
| | 13 | 01/30/2023 | Rider Hotel, LLC | 22-10522 | Palo Foods, Inc. [Palo Popcorn] | $339.60 | FALSE | | | | $339.60 |
| | 14 | 02/23/2023 | Rider Hotel, LLC | 22-10522 | Aggie's Bakery and Cake Shop | $119.40 | FALSE | | | | $119.40 |
| | 15 | 02/26/2023 | Rider Hotel, LLC | 22-10522 | Cade Law Group LLC | $113,257.83 | FALSE | | | | $113,257.83 |
| | 16 | 03/07/2023 | Rider Hotel, LLC | 22-10522 | Paul J. Haussman d/b/a Light Ideas [Marie L. Haussman] | $675.84 | FALSE | | | | $675.84 |
| | 17 | 03/07/2023 | Rider Hotel, LLC | 22-10522 | A1 Services, Inc | $322.52 | FALSE | | | | $322.52 |
| | 18 | 03/27/2023 | Rider Hotel, LLC | 22-10522 | RSS GSMS2015-GC28-WI RH, LLC | $24,060,760.27 | TRUE | | 24060760.27 plus undetermined amounts | | undetermined |
| | 19 | 03/28/2023 | Rider Hotel, LLC | 22-10522 | Oracle America, Inc. SII to MICROS Systems, Inc. and Nor1 ("Oracle") | $4,762.49 | FALSE | | | | $4,762.49 |
| | 20 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Michael Weiss | $67,954.45 | TRUE | | | | 67954.45 unliquidated |
| | 21 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Timothy Dixon | $0.00 | TRUE | | | | Unliquidated |
| | 22 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Dixon Development, LLC | $0.00 | TRUE | | | | Unliquidated |
| | 23 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | P.A. Management LLC | $128,271.00 | TRUE | | | | 128271 +Unliquidated |
| | 24 | 03/31/2023 | Rider Hotel, LLC | 22-10522 | Rider Hotel Mezzanine LLC | $183,294.00 | TRUE | | | | 183294 unliquidated |
| 2407721 | 25 | 04/10/2023 | Rider Hotel, LLC | 22-10522 | Stefon Brister | $0.00 | TRUE | | | | Blank |
| 2407659 | 26 | 04/10/2023 | Rider Hotel, LLC | 22-10522 | John Brister JR | $0.00 | TRUE | | | | Blank |
| 2407644 | 27 | 04/13/2023 | Rider Hotel, LLC | 22-10522 | John Brister | $0.00 | TRUE | | | | Blank |
| | 28 | 05/12/2023 | Rider Hotel, LLC | 22-10522 | Digi Mac Solution, Inc | $1,242.25 | FALSE | | | | $1,242.25 |